UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER LLC
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, NJ  07039
(973) 422-1100
J. ALEX KRESS, ESQ. (akress@becker.legal)
Special Counsel to Eric R. Perkins, Chapter 7 Trustee

**Order Filed on January 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

J. SCROFANI CONSTRUCTION CORP.,

Debtor.

Case No.:   17-19984 (RG)

Chapter:   7

Judge:   Rosemary Gambardella, U.S.B.J.

AMENDED

**ORDER AUTHORIZING RETENTION OF**

**BECKER LLC**

The relief set forth on the following page is **ORDERED**.

**DATED: January 21, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Becker LLC as Special Counsel for Eric R. Perkins, Chapter 7 Trustee, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   Eisenhower Plaza II, 354 Eisenhower Parkway
   Suite 1500
   Livingston, NJ  07039

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is  ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is   nunc pro tunc to February 5, 2019.

*rev.8/1/15*

3