UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

BECKER LLC
Eisenhower Plaza II
354 Eisenhower Parkway, Suite 1500
Livingston, NJ  07039
(973) 422-1100
J. ALEX KRESS, ESQ. (akress@becker.legal)
Special Counsel to Eric R. Perkins, Chapter 7 Trustee

Order Filed on January 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

J. SCROFANI CONSTRUCTION CORP.,

Debtor.

Case No.:    17-19984 (RG)

Chapter:    7

Judge:   Rosemary Gambardella, U.S.B.J.

AMENDED

**ORDER AUTHORIZING RETENTION OF**

**BECKER LLC**

The relief set forth on the following page is **ORDERED**.

**DATED: January 21, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Becker LLC as Special Counsel for Eric R. Perkins, Chapter 7 Trustee, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   Eisenhower Plaza II, 354 Eisenhower Parkway
   Suite 1500
   Livingston, NJ  07039

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is  nunc pro tunc to February 5, 2019.

2

*rev.8/1/15*

Case 17-19984-RG    Doc 163    Filed 01/23/20    Entered 01/24/20 00:45:13    Desc Imaged
Certificate of Notice    Page 3 of 5

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-19984-RG
J. Scrofani Construction Corp.                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                 Page 1 of 2              Date Rcvd: Jan 21, 2020
                               Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 23, 2020.
db             +J. Scrofani Construction Corp.,    20 West Sunset Road,    Pompton Plains, NJ 07444-1105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2020                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2020 at the address(es) listed below:
              Allen J. Underwood, II    on behalf of Plaintiff Eric R. Perkins ajunderwood@beckermeisel.com,
               ajunderwood@ecf.courtdrive.com
              Catherine E. Youngman    on behalf of Plaintiff Eric  Perkins cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Charles Virginia    on behalf of Creditor   New Jersey B.A.C. Health Fund cvirginia@vandallp.com,
               mtenenbaum@vandallp.com
              Deirdre E. Burke    on behalf of Defendant   Mercedes-Benz Financial Services USA, LLC
               dburke@mccarter.com
              Deirdre E. Burke    on behalf of Creditor   Mercedes-Benz Financial Services USA LLC
               dburke@mccarter.com
              Eric R. Perkins    eperkins@mdmc-law.com,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              J. Alex Kress    on behalf of Trustee Eric R. Perkins akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Plaintiff Eric R. Perkins akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Spec. Counsel   Becker LLC akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              Jeffrey Thomas Testa    on behalf of Creditor   Mercedes-Benz Financial Services USA LLC
               jtesta@mccarter.com,   lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of Defendant   Mercedes-Benz Financial Services USA, LLC
               jtesta@mccarter.com,   lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of 3rd Party Plaintiff   Mercedes-Benz Financial Services USA,
               LLC jtesta@mccarter.com,   lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of Cross-Claimant   Mercedes-Benz Financial Services USA, LLC
               jtesta@mccarter.com,   lrestivo@mccarter.com
              Joseph A. Caneco    on behalf of Trustee Eric R. Perkins jcaneco@foxrothschild.com
              Joseph A. Caneco    on behalf of Plaintiff Eric  Perkins jcaneco@foxrothschild.com
              Joseph M. Aronds    on behalf of Unknown Role Type   Hartz Mountain Industries, Inc.
               joseph.aronds@hrplaw.com
              Kathleen M Aiello    on behalf of Trustee Eric R. Perkins kaiello@foxrothschild.com,
               dfiore@foxrothschild.com
              Mark E. Hall    on behalf of Trustee Eric R. Perkins mhall@foxrothschild.com,
               cbrown@foxrothschild.com
              Mark E. Hall    on behalf of Plaintiff Eric  Perkins mhall@foxrothschild.com,
               cbrown@foxrothschild.com
              Martin Cabalar    on behalf of Creditor   Grandview II at Riverwalk Port Imperial Condominium
               Association, Inc. mcabalar@bplegal.com,
               shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com
              Martin Fojas    on behalf of Creditor   New Jersey B.A.C. Health Fund mfojas@sillscummis.com

```
District/off: 0312-2           User: admin                  Page 2 of 2                  Date Rcvd: Jan 21, 2020
                               Form ID: pdf903              Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Michael R. Herz   on behalf of Trustee Eric R. Perkins mherz@foxrothschild.com, cbrown@foxrothschild.com
        Michael R. Herz   on behalf of Defendant   Mercedes-Benz Financial Services USA, LLC mherz@foxrothschild.com, cbrown@foxrothschild.com
        Michael R. Herz   on behalf of Plaintiff Eric  Perkins mherz@foxrothschild.com, cbrown@foxrothschild.com
        Ralph A Ferro, Jr   on behalf of Debtor   J. Scrofani Construction Corp. ralphferrojr@msn.com
        Risa Michele Chalfin   on behalf of Unknown Role Type   K. Hovnanian at Port Imperial Urban Renewal III LLC; K. Hovnanian/Shore Acquisitions, LLC; K. Hovnanian Construction Management, Inc.; K. Hovnanian Companies, LLC; K. Hovnanian Companies Northeast, In rchalfin@wilentz.com
        Robert A. Rich   on behalf of Defendant   Capital One Bank rrich2@hunton.com
        Robert D. Towey   on behalf of Trustee Eric R. Perkins rtowey@becker.legal
        Scott J. Freedman   on behalf of Creditor   PNC Bank, National Association sfreedman@dilworthlaw.com
        Seth  Ptasiewicz   on behalf of Creditor   New Jersey Building Laborers Statewide Benefit Funds sptasiewicz@krollfirm.com
        Tyler  Kandel   on behalf of Defendant   JPMorgan Chase Bank, N.A. tkandel@sillscummis.com, mdelgiudice@sillscummis.com
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        Vipin  Varghese   on behalf of Creditor   Trustees of the International Union of Operating Engineers Local 825 Employee Benefit Funds vvarghese@decotiislaw.com, plaureano@decotiislaw.com;dcaceres@decotiislaw.com;mdiaz@decotiislaw.com

                                                                                                 TOTAL: 34