# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: <u>17-19984 (rg)</u> |
| | Chapter: <u>7</u> |
| J. SCROFANI CONSTRUCTION GROUP., | Judge: <u>Rosemary Gambardella</u> |
| Debtor. | |

## NOTICE OF PROPOSED COMPROMISE OR SETTLEMENT OF CONTROVERSY

<u>Eric R. Perkins, Esq.</u>, <u>Chapter 7 Trustee</u> in this case proposes a compromise, or to settle a claim and/or action, as described below. If you object to the settlement or compromise, you may file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later than seven (7) days before the hearing date.

| Address of the Clerk: | <u>Mail</u><br>P.O. Box 1352<br>Newark, New Jersey 07102-1352<br><u>Hand Delivery/Overnight Mail</u><br>Martin Luther King Jr. Courthouse<br>50 Walnut Street, Third Floor<br>Newark, New Jersey 07102<br>Or by <u>electronic filing</u> by registered users of the CM/ECF System. |
|---|---|

If an objection is filed, a hearing will be held before the Honorable <u>Rosemary Gambardella</u> on <u>March 17, 2020</u>, at <u>10:00 a.m.</u> at the United States Bankruptcy Court, courtroom no.<u> 3E</u>, <u>M.L. King Jr. Courthouse, 50 Walnut Street, Newark, New Jersey 07102</u>. If no objection is filed the clerk will enter a *Certificate of No Objection*, the settlement may be completed as proposed.

| Nature of action | Trustee asserts that during the four (4) years prior to the Petition Date, the Debtor made or caused to be made transfers for the benefit of third-parties for credit card expenditures allegedly unrelated to the Debtor's business, totaling approximately $67,686.00 (the "Transfers") to Chase Bank (the "Defendant" or "Chase"). Thereafter, the Trustee made a demand upon Chase to return the Transfers but Chase denied any liability with respect to the Transfers and/or asserted various defenses to the Trustee's ability to recover the Transfers. |
|---|---|
| Pertinent terms of settlement: | In full and final settlement of the dispute relating to the Transfers, Chase shall pay to the Trustee a sum of $25,000.00 (the "Settlement Payment"). In addition, Chase will be forever barred from filing a proof of claim or requesting payment in the form of an administrative claim in the Debtor's case. The Trustee and Chase will mutually release all claims against one another and the Debtor arising out of or relating to the Transfers. |

Objections must be served on, and requests for additional information directed to:

| | |
|---|---|
| NAME: | J. Alex Kress, Esq., Becker LLC |
| ADDRESS: | 354 Eisenhower Parkway, Plaza Two, Suite 1500, Livingston, NJ 07039 |
| TELEPHONE: | (973) 422-1100 |

United States Bankruptcy Court
District of New Jersey

In re:  
J. Scrofani Construction Corp.  
  Debtor

Case No. 17-19984-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2       User: admin              Page 1 of 3                Date Rcvd: Feb 13, 2020
                           Form ID: pdf905          Total Noticed: 70

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
```
db              +J. Scrofani Construction Corp.,    20 West Sunset Road,    Pompton Plains, NJ 07444-1105
sp              +Becker LLC,    Eisenhower Plaza II,    354 Eisenhower Parkway,    Suite 1500,
                  Livingston, NJ 07039-1023
acc             +Bederson LLP,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
none            +Hartz Mountain Industries, Inc.,     Lawrence Garb, VP,    400 Plaza Drive,    PO Box 35251,
                  Secaucus, NJ 07094-3688
none            +K. Hovnanian at Port Imperial Urban Renewal III LL,      c/o Wilentz, Goldman & Spitzer, P.A.,
                  90 Woodbridge Center Drive,    Suite 900, Box 10,    Attn: Daniel A. Cozzi, Esq.,
                  Woodbridge, NJ 07095-1155
cr              +Martin C. Cabalar Grandview II at Riverwalk Port I,      1776 on the Green,    67 Park Place East,
                  Suite 702,    Morristown, nj 07960-7103
cr              +Mercedes-Benz Financial Services USA LLC,     McCarter & English LLP,    Attn: J. Testa, Esq.,
                  Four Gateway Center,    100 Mulberry Street,    Newark, NJ 07102-4056
cr              +New Jersey B.A.C. Health Fund,    c/o Virginia & Ambinder, LLP,     40 Broad St., 7th Floor,
                  New York, NY 10004-2776
cr              +Trustees of the International Union of Operating E,      65 Springfield Avenue, 2nd Fl.,
                  Springfield, NJ 07081-1308
516826861       +38 Delaware, LLC,    179 Main Avenue,    Passaic, NJ 07055-5401
516826864       +AGL Welding Supply,    600 Route 46 West,    P.O. Box 1707,    Clifton, NJ 07015-1707
516826868       +APS Supply Co.,    711 Cooper Street,    Beverly, NJ 08010-1796
516826862       +Able Equipment,    83 Gross Avenue,    Edison, NJ 08837-3240
516826863       +Advanced Scaffold Services LLC,    620 Oakwood Avenue,     Rear,    West Hartford, CT 06110-1520
516955274       +Advanced Scaffold Services LLC,    Lawrence B. Diener,     25 Main St. Suite 200,
                  Hackensack, NJ 07601-7085
516826865       +Allstate,    2775 Sanders Road,    E1W,    Northbrook, IL 60062-6127
516826866        American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
516948752        American Express Bank, FSB,    c/o Becket and Lee LLP,     PO Box 3001,    Malvern PA 19355-0701
516826867       +Ansell Grimm & Aaron,    214 Carnegie Center,    Suite 112,    Princeton, NJ 08540-6237
518345562       +Bank of America, N.A.,    P.O. Box 982284,    El Paso, TX 79998-2284
516826869       +Becker & Poliakoff,    67 Park Place,    Ste 702,    Morristown, NJ 07960-7103
516826870       +Bergen Concrete Cutting,    128 Berger Steet,    Wood Ridge, NJ 07075-1841
516826872       +Cavalieri Fuel Services,    15 E. Railway Avenue,     2nd Floor,    Paterson, NJ 07503-2513
516826873        Chase Ink,    P.O. Box 1423,    Charlotte, NC 28201-1423
516826874       +Chiumento McNally, LLC,    227 Laurel Road,    Ste 100,    Voorhees, NJ 08043-8303
516826875       +CitiCapital Commercial Loan Corp.,     3950 Regent Blvd,    2nd Floor,    Irving, TX 75063-2244
516826876       +Crispin R. Balagtas,    5 Winding Brook Road,    Hamburg, NJ 07419-1026
516826877       +ExTech,    61-89 Avenue K,    Newark, NJ 07105-3803
516826878        FedEx,    P.O. Box 371461,    Pittsburgh, PA 15250-7461
516826879        First Insurance Funding,    450 Skokie Blvd,    Suite 1000,    Northbrook, IL 60062-7917
516826880       +Grandview II at River Walk Condo Assoc,     20 Avenue at Port Imperial,
                  West New York, NJ 07093-8417
516826882       +Iron Mason Estimating,    721 Indian Trial Blvd,    Suite 19,    Traverse City, MI 49686-3560
516910701       +Iron Mason Estimating,    PO Box 2009,    Riverside CO 92516-2009
516826883       +J M Ahle Company Inc.,    190 William Street,    Suite 2D,    South River, NJ 08882-1100
516826884      #+John S. Scrofani,    20 West Sunset Road,    Pompton Plains, NJ 07444-1105
516826885       +Kroll Heineman Carton LLC/NJBLS,    Metro Corporate Campus I,     99 Wood Avenue South,
                  Suite 307,    Iselin, NJ 08830-2715
516826886       +Leary Bride Tinker Morgan,    7 Ridgedale Avenue,     Cedar Knolls, NJ 07927-1120
516826887       +McElroy Deutsch Mulvanney,    Box 2075,    Morristown, NJ 07962-2075
516826889        NMHG Financial Services,    P.O. Box 652385,    Pittsburgh, PA   15264-2385
516826888       +National Association of Credit Managemen,     8000 Miller Court E,    Norcross, GA 30071-1456
516826890        OldCastle Architectural,    P. O. Box 281479,    Atlanta, GA 30384-1479
516826891       +Operating Enginerrs Local 825,    65 Springfield Avenue,     Springfield, NJ 07081-1308
516826894       +PNC Bank,    222 Delaware Avenue,    Wilmington, DE 19801-1637
517030362       +PNC Bank, National Association,    c/o Dilworth Paxson LLP,     457 Haddonfield Road, Suite 700,
                  Cherry Hill, New Jersey 08002-2201,    Attn:  Scott J. Freedman
516826896       +PSEG,    P.O. Box 1444,    New Brunswick, NJ 08903-1444
516826893       +Plescia Roofing Inc.,    447 New Milford Avenue,    Oradell, NJ 07649-2224
516826895       +Power Fast Inc.,    63 Dell Glen Avenue,    Lodi, NJ 07644-1707
516826897       +Queens Brick & Stone,    1076 Smith Manor Boulevard,     West Orange, NJ 07052-4227
516826899       +Rentals Unlimited Inc.,    191 Route 23,    Pompton Plains, NJ 07444-2099
516826900       +Reuther Material Company,    5303 Tonnelle Avenue,    North Bergen, NJ 07047-3090
516826901       +Russell Cast Stone,    400 Cooper Road,    West Berlin, NJ 08091-3843
516826904      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:   State of NJ Div of Taxation,     Box 245,    Trenton, NJ 08695)
516826902       +Schenk Price Smith King,    220 Park Avenue,    Florham Park, NJ 07932-1047
516826903       +Sinnreich Kosakoff,    267 Carleton Avenue,    #301,    Central Islip, NY 11722-4544
516895263       +Trustees of New Jersey B.A.C. Health Fund, et al.,      c/o Virginia & Ambinder, LLP,
                  40 Broad St., 7th Floor,    New York, NY 10004-2776
517076016       +Trustees of the IUOE Local 825 Benefit Funds,     65 Springfield Avenue,
                  Springfield, NJ 07081-1308
516996070       +Vergena Crane,    180 West Forest Ave,    Englewood, NJ 07631-4526
516826906       +Virginia and Ambinder LLP/BAC Local 4 Pe,     40 Broad Street,    7th Floor,
                  New York, NY 10004-2776
```

```
District/off: 0312-2          User: admin              Page 2 of 3                 Date Rcvd: Feb 13, 2020
                              Form ID: pdf905          Total Noticed: 70


516826907       +Wilentz Goldman & Spitzer,    Box 10,    Woodbridge, NJ 07095-0958

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: mhall@foxrothschild.com Feb 14 2020 01:07:54      Fox Rothschild LLP,
                 49 Market Street,    Morristown, NJ   07960
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2020 01:09:17      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2020 01:09:14      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
app            +E-mail/Text: atkinsappraisal@aol.com Feb 14 2020 01:08:39      A. Atkins Appraisal Corp,,
                 122 Clinton Road,    Fairfiled, NJ 07004-2900
none           +E-mail/Text: jbrenner@maragell.com Feb 14 2020 01:10:06      Maragell LLC,    2 Coleman Avenue,
                 Suite 201,    Cherry Hill, NJ 08034-3595
516826871       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2020 01:13:06       Capital One,
                 P.O. Box 71083,    Charlotte, NC 28272-1083
516826881       E-mail/Text: cio.bncmail@irs.gov Feb 14 2020 01:08:26      Internal Revenue Service,    Box 7346,
                 Philadelphia, PA 19101-7346
516894820      +E-mail/Text: kkemple@njblsfunds.org Feb 14 2020 01:07:45
                 New Jersey Building Laborers' Statewide Benefit Fu,    c/o Kroll Heineman Carton LLC,
                 99 Wood Avenue South, Suite 307,    Iselin, New Jersey 08830-2715
516826892       E-mail/Text: bcwrtoff@cablevision.com Feb 14 2020 01:10:19      Optimum,    P.O. Box 371378,
                 Pittsburgh, PA 15250-7378
516826898      +E-mail/Text: ggresham@quikrete.com Feb 14 2020 01:08:38      Quikrete,    150 Gold Mine Road,
                 Flanders, NJ 07836-9171
516947645      +E-mail/Text: ggresham@quikrete.com Feb 14 2020 01:08:38      The Quikrete Companies, LLC,
                 6340 Sugarloaf Parkway, Suite 400,    Duluth, GA 30097-4330
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Becker LLC,    Eisenhower Plaza II,    354 Eisenhower Parkway, Ste. 1500,
                 Livingston, NJ 07039-1023
517018397*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Department of Treasury,
                 Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
auc            ##+A.J. Willner Auctions,    PO Box 1012,    Springfield, NJ 07081-5012
516826905      ##+Tobia & Sorger Esq. LLC,    500 Supor Blvd,    Harrison, NJ 07029-2065
                                                                                        TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2020 at the address(es) listed below:
              Allen J. Underwood, II    on behalf of Plaintiff Eric R. Perkins ajunderwood@beckermeisel.com,
               ajunderwood@ecf.courtdrive.com
              Catherine E. Youngman    on behalf of Plaintiff Eric  Perkins cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
```

```
District/off: 0312-2          User: admin              Page 3 of 3                  Date Rcvd: Feb 13, 2020
                              Form ID: pdf905          Total Noticed: 70
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Charles Virginia   on behalf of Creditor    New Jersey B.A.C. Health Fund cvirginia@vandallp.com, mtenenbaum@vandallp.com
        Deirdre E. Burke   on behalf of Defendant   Mercedes-Benz Financial Services USA, LLC dburke@mccarter.com
        Deirdre E. Burke   on behalf of Creditor    Mercedes-Benz Financial Services USA LLC dburke@mccarter.com
        Eric R. Perkins    eperkins@mdmc-law.com, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
        Eric Raymond Perkins   on behalf of Trustee Eric R. Perkins eperkins@becker.legal, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
        J. Alex Kress    on behalf of Spec. Counsel    Becker LLC akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com
        J. Alex Kress    on behalf of Trustee Eric R. Perkins akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com
        J. Alex Kress    on behalf of Plaintiff Eric R. Perkins akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com
        Jeffrey Thomas Testa    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC jtesta@mccarter.com, lrestivo@mccarter.com
        Jeffrey Thomas Testa    on behalf of 3rd Party Plaintiff    Mercedes-Benz Financial Services USA, LLC jtesta@mccarter.com, lrestivo@mccarter.com
        Jeffrey Thomas Testa    on behalf of Cross-Claimant    Mercedes-Benz Financial Services USA, LLC jtesta@mccarter.com, lrestivo@mccarter.com
        Jeffrey Thomas Testa    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC jtesta@mccarter.com, lrestivo@mccarter.com
        Joseph A. Caneco    on behalf of Plaintiff Eric Perkins jcaneco@foxrothschild.com
        Joseph A. Caneco    on behalf of Trustee Eric R. Perkins jcaneco@foxrothschild.com
        Joseph M. Aronds    on behalf of Unknown Role Type    Hartz Mountain Industries, Inc. joseph.aronds@hrplaw.com
        Kathleen M Aiello    on behalf of Trustee Eric R. Perkins kaiello@foxrothschild.com, dfiore@foxrothschild.com
        Mark E. Hall    on behalf of Plaintiff Eric Perkins mhall@foxrothschild.com, cbrown@foxrothschild.com
        Mark E. Hall    on behalf of Trustee Eric R. Perkins mhall@foxrothschild.com, cbrown@foxrothschild.com
        Martin Cabalar    on behalf of Creditor    Grandview II at Riverwalk Port Imperial Condominium Association, Inc. mcabalar@bplegal.com, shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com
        Martin Fojas    on behalf of Creditor    New Jersey B.A.C. Health Fund mfojas@sillscummis.com
        Michael R. Herz    on behalf of Plaintiff Eric Perkins mherz@foxrothschild.com, cbrown@foxrothschild.com
        Michael R. Herz    on behalf of Trustee Eric R. Perkins mherz@foxrothschild.com, cbrown@foxrothschild.com
        Michael R. Herz    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC mherz@foxrothschild.com, cbrown@foxrothschild.com
        Ralph A Ferro, Jr    on behalf of Debtor    J. Scrofani Construction Corp. ralphferrojr@msn.com
        Risa Michele Chalfin    on behalf of Unknown Role Type    K. Hovnanian at Port Imperial Urban Renewal III LLC; K. Hovnanian/Shore Acquisitions, LLC; K. Hovnanian Construction Management, Inc.; K. Hovnanian Companies, LLC; K. Hovnanian Companies Northeast, In rchalfin@wilentz.com
        Robert A. Rich    on behalf of Defendant    Capital One Bank rrich2@hunton.com
        Robert D. Towey    on behalf of Trustee Eric R. Perkins rtowey@becker.legal
        Scott J. Freedman    on behalf of Creditor    PNC Bank, National Association sfreedman@dilworthlaw.com
        Seth Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds sptasiewicz@krollfirm.com
        Tyler Kandel    on behalf of Defendant    JPMorgan Chase Bank, N.A. tkandel@sillscummis.com, mdelgiudice@sillscummis.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Vipin Varghese    on behalf of Creditor    Trustees of the International Union of Operating Engineers Local 825 Employee Benefit Funds vvarghese@decotiislaw.com, plaureano@decotiislaw.com;dcaceres@decotiislaw.com;mdiaz@decotiislaw.com

                                                                                                                                                                                      TOTAL: 34