| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FOX ROTHSCHILD LLP**<br>49 Market Street<br>Morristown, NJ 07960<br>Telephone: (973) 992-4800<br>Fax: (973) 992-9125<br>Michael R. Herz<br>mherz@foxrothschild.com<br>Attorneys for Eric R. Perkins, Chapter 7 Trustee |

Order Filed on February 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

J. SCROFANI CONSTRUCTION CORP.,

                Debtor.

Chapter 7

Case No. 17-19984-RG

Judge: Hon. Rosemary Gambardella

**FOURTH CONSENT ORDER TOLLING THE STATUTE OF LIMITATIONS
FOR THE TRUSTEE TO BRING CLAIMS AGAINST CERTAIN PARTIES**

    The relief set forth on the following pages, numbered two (2) through four (4), be and is hereby agreed upon and **ORDERED**

**DATED: February 19, 2020**

                                                                    */s/ Rosemary Gambardella*
                                                                  Honorable Rosemary Gambardella
                                                                  United States Bankruptcy Judge

Page 2
Debtor:         J. Scrofani Construction Corp.
Case No.        17-19984-RG
Caption         Fourth Consent Order Tolling the Statute of Limitations for the Trustee to Bring Claims against Certain Parties

**THIS MATTER**, having been brought before the Court upon the application of Eric R. Perkins (the "Trustee"), the chapter 7 trustee for J. Scrofani Construction Corp. (the "Debtor"), by and through his attorneys, Fox Rothschild LLP, for the entry of the within consent order tolling the statute of limitations for the Trustee to bring claims against certain parties, and

**WHEREAS**, on May 15, 2017, the Debtor filed a voluntary petition for relief under chapter 7 of the United States Bankruptcy Code; and

**WHEREAS**, on May 16, 2017, the Office of the United States Trustee appointed the Trustee to administer the Debtor's estate; and

**WHEREAS**, the Trustee believes that he may assert valid claims under chapter 5 of the Bankruptcy Code and common law against Lexus Scrofani, who is the adult daughter of the Debtor's former president and owner, John Scrofani.

**WHEREAS**, the statute of limitations for the Trustee to bring claims against Lexus Scrofani pursuant to 11 U.S.C. § 546(a) originally ran through May 15, 2019; and

**WHEREAS**, pursuant to a series of consent orders agreed to by the Trustee and Lexus Scrofani, the most recent of which was entered on November 20, 2019, the statute of limitations for the Trustee to bring claims against Lexus Scrofani under 11 U.S.C. § 546(a) and other statutes of limitations that may expire in the interim was tolled to February 10, 2020; and

**WHEREAS**, the Trustee continues to have discussions with John Scrofani regarding a potential settlement that may include a resolution of the Trustee's claims against Lexus Scrofani; and

2

Page 3
Debtor:         J. Scrofani Construction Corp.
Case No.       17-19984-RG
Caption         Fourth Consent Order Tolling the Statute of Limitations for the Trustee to Bring Claims against Certain Parties

**WHEREAS**, the parties, as evidenced by their or their authorized representatives' subscribed consents hereto, have agreed to toll the deadlines for the Trustee to bring claims against the Lexus Scrofani by a period of approximately ninety (90) days to May 11, 2020;[1]

**NOW THEREFORE,** in light of the foregoing, and for good cause shown, it is hereby

**ORDERED** that the time for the Trustee to file complaints against Lexus Scrofani under 11 U.S.C. § 546(a) is hereby tolled to and through May 11, 2020; and it is further

**ORDERED** that any other applicable statute of limitations for the Trustee to bring claims against Lexus Scrofani that may expire between the date hereof and May 11, 2020, or that would have expired between May 15, 2019 and the date hereof, is hereby extended to and through May 11, 2020; and it is further

**ORDERED** that nothing herein shall prejudice the Trustee's right to seek additional relief from the Court further extending any applicable statute of limitations for the Trustee to bring claims against Lexus Scrofani; and it is further

**ORDERED** that nothing in this Order shall be deemed as an admission by any party as to the merits of any claim brought by the Trustee or any defenses asserted by Lexus Scrofani.

Each of the parties, either on behalf of themselves or through their undersigned counsel or authorized representative, hereby consents to the form, substance, and entry of the foregoing order:

---

[1] Exactly ninety days is May 10, 2020, which is a Sunday.

3

Page 4
Debtor:         J. Scrofani Construction Corp.
Case No.        17-19984-RG
Caption         Fourth Consent Order Tolling the Statute of Limitations for the Trustee to
                Bring Claims against Certain Parties

ERIC R. PERKINS, CHAPTER 7 TRUSTEE

By:     */s/Michael R. Herz*
        Michael R. Herz
        Fox Rothschild LLP
        Attorneys for Chapter 7 Trustee

Date:   February 10, 2020

LEXUS SCROFANI

By:     */s/ Lexus Scrofani*

Date:   February 10, 2020

4

United States Bankruptcy Court
District of New Jersey

In re:  
J. Scrofani Construction Corp.  
    Debtor

Case No. 17-19984-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Feb 19, 2020  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.
db             +J. Scrofani Construction Corp.,    20 West Sunset Road,    Pompton Plains, NJ 07444-1105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:

        Allen J. Underwood, II    on behalf of Plaintiff Eric R. Perkins ajunderwood@beckermeisel.com, ajunderwood@ecf.courtdrive.com  
        Catherine E. Youngman    on behalf of Plaintiff Eric  Perkins cyoungman@foxrothschild.com, NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
        Charles  Virginia    on behalf of Creditor   New Jersey B.A.C. Health Fund cvirginia@vandallp.com, mtenenbaum@vandallp.com  
        Deirdre E. Burke    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC dburke@mccarter.com  
        Deirdre E. Burke    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC dburke@mccarter.com  
        Eric R. Perkins     eperkins@mdmc-law.com, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal  
        Eric Raymond Perkins     on behalf of Trustee Eric R. Perkins eperkins@becker.legal, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal  
        J. Alex Kress    on behalf of Trustee Eric R. Perkins akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com  
        J. Alex Kress    on behalf of Plaintiff Eric R. Perkins akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com  
        J. Alex Kress    on behalf of Spec. Counsel    Becker LLC akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com  
        Jeffrey Thomas Testa    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC jtesta@mccarter.com,   lrestivo@mccarter.com  
        Jeffrey Thomas Testa    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC jtesta@mccarter.com,   lrestivo@mccarter.com  
        Jeffrey Thomas Testa    on behalf of 3rd Party Plaintiff    Mercedes-Benz Financial Services USA, LLC jtesta@mccarter.com,   lrestivo@mccarter.com  
        Jeffrey Thomas Testa    on behalf of Cross-Claimant    Mercedes-Benz Financial Services USA, LLC jtesta@mccarter.com,   lrestivo@mccarter.com  
        Joseph A. Caneco    on behalf of Trustee Eric R. Perkins jcaneco@foxrothschild.com  
        Joseph A. Caneco    on behalf of Plaintiff Eric  Perkins jcaneco@foxrothschild.com  
        Joseph M. Aronds    on behalf of Unknown Role Type    Hartz Mountain Industries, Inc. joseph.aronds@hrplaw.com  
        Kathleen M Aiello    on behalf of Trustee Eric R. Perkins kaiello@foxrothschild.com, dfiore@foxrothschild.com  
        Mark E. Hall    on behalf of Trustee Eric R. Perkins mhall@foxrothschild.com, cbrown@foxrothschild.com  
        Mark E. Hall    on behalf of Plaintiff Eric  Perkins mhall@foxrothschild.com, cbrown@foxrothschild.com  
        Martin  Cabalar    on behalf of Creditor    Grandview II at Riverwalk Port Imperial Condominium Association, Inc. mcabalar@bplegal.com, shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com  
        Martin  Fojas    on behalf of Creditor    New Jersey B.A.C. Health Fund mfojas@sillscummis.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Feb 19, 2020
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michael R. Herz    on behalf of Trustee Eric R. Perkins mherz@foxrothschild.com, cbrown@foxrothschild.com
        Michael R. Herz    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC mherz@foxrothschild.com,  cbrown@foxrothschild.com
        Michael R. Herz    on behalf of Plaintiff Eric  Perkins mherz@foxrothschild.com, cbrown@foxrothschild.com
        Ralph A Ferro, Jr    on behalf of Debtor    J. Scrofani Construction Corp. ralphferrojr@msn.com
        Risa Michele Chalfin    on behalf of Unknown Role Type    K. Hovnanian at Port Imperial Urban Renewal III LLC; K. Hovnanian/Shore Acquisitions, LLC; K. Hovnanian Construction Management, Inc.; K. Hovnanian Companies, LLC; K. Hovnanian Companies Northeast, In rchalfin@wilentz.com
        Robert A. Rich    on behalf of Defendant    Capital One Bank rrich2@hunton.com
        Robert D. Towey    on behalf of Trustee Eric R. Perkins rtowey@becker.legal
        Scott J. Freedman    on behalf of Creditor    PNC Bank, National Association sfreedman@dilworthlaw.com
        Seth  Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds sptasiewicz@krollfirm.com
        Tyler  Kandel    on behalf of Defendant    JPMorgan Chase Bank, N.A. tkandel@sillscummis.com, mdelgiudice@sillscummis.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Vipin  Varghese    on behalf of Creditor    Trustees of the International Union of Operating Engineers Local 825 Employee Benefit Funds vvarghese@decotiislaw.com, plaureano@decotiislaw.com;dcaceres@decotiislaw.com;mdiaz@decotiislaw.com

                                                                                                TOTAL: 34