| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **FOX ROTHSCHILD LLP**<br>FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ  07960<br>Telephone:  973-992-4800<br>Fax:  973-992-9125<br>Fox Rothschild, LLP<br>Attorneys for Eric Perkins, Chapter 7 Trustee<br>Michael R. Herz, Esq.<br>Mark E. Hall, Esq. | Order Filed on March 4, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br> J. SCROFANI CONSTRUCTION CORP.<br><br>                    Debtor. | Chapter 7<br><br>Case No. 17-19984 (RG)<br><br>Judge:  Hon. Rosemary Gambardella<br><br>Hg. Date:  3/3/2020 |

| Recommended Local Form: | ☒  Followed    ☐Modified |
|---|---|

# ORDER AUTHORIZING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FOX ROTHSCHILD, LLP AS COUNSEL TO ERIC PERKINS, <u>THE CHAPTER 7 TRUSTEE</u>

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 4, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

106062046.v1

(Page 2)
DEBTOR:     J. SCROFANI CONSTRUCTION CORP.
CASE NO.    17-19984 (RG)
ORDER AUTHORIZING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FOX ROTHSCHILD, LLP AS COUNSEL TO ERIC PERKINS, THE CHAPTER 7 TRUSTEE

---

This matter having been opened to the Court upon the first interim application of Fox Rothschild LLP, the attorneys for Eric Perkins, Esq., Chapter 7 Trustee, and upon adequate notice to all parties in interest, and the Court having considered all papers submitted, and for good cause shown; IT IS HEREBY

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Fox Rothschild, LLP | $218,995.50 | $1,296.18 |

2