| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **FOX ROTHSCHILD LLP**<br>FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ 07960<br>Telephone: 973-992-4800<br>Fax: 973-992-9125<br>Fox Rothschild, LLP<br>Attorneys for Eric Perkins, Chapter 7 Trustee<br>Michael R. Herz, Esq.<br>Mark E. Hall, Esq. |

Order Filed on March 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>J. SCROFANI CONSTRUCTION CORP.<br><br>Debtor. | Chapter 7<br><br>Case No. 17-19984 (RG)<br><br>Judge: Hon. Rosemary Gambardella<br><br>Hg. Date: 3/3/2020 |
|---|---|

| Recommended Local Form: | ☒ Followed   ☐ Modified |
|---|---|

**ORDER AUTHORIZING COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FOX ROTHSCHILD, LLP AS COUNSEL TO ERIC PERKINS, <u>THE CHAPTER 7 TRUSTEE</u>**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: March 4, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

106062046.v1

(Page 2)
DEBTOR:     J. SCROFANI CONSTRUCTION CORP.
CASE NO.    17-19984 (RG)
ORDER AUTHORIZING COMPENSATION AND REIMBURSEMENT OF EXPENSES
TO FOX ROTHSCHILD, LLP AS COUNSEL TO ERIC PERKINS, THE CHAPTER 7
TRUSTEE

---

This matter having been opened to the Court upon the first interim application of Fox Rothschild LLP, the attorneys for Eric Perkins, Esq., Chapter 7 Trustee, and upon adequate notice to all parties in interest, and the Court having considered all papers submitted, and for good cause shown; IT IS HEREBY

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Fox Rothschild, LLP | $218,995.50 | $1,296.18 |

United States Bankruptcy Court
District of New Jersey

In re:  
J. Scrofani Construction Corp.  
    Debtor

Case No. 17-19984-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2　　User: admin　　Page 1 of 2　　Date Rcvd: Mar 05, 2020  
　　　　　　　　　　　Form ID: pdf903　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2020.
db　　　　　+J. Scrofani Construction Corp.,    20 West Sunset Road,    Pompton Plains, NJ 07444-1105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2020 at the address(es) listed below:

    Allen J. Underwood, II    on behalf of Plaintiff Eric R. Perkins ajunderwood@beckermeisel.com, ajunderwood@ecf.courtdrive.com  
    Catherine E. Youngman    on behalf of Plaintiff Eric  Perkins cyoungman@foxrothschild.com, NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com  
    Charles Virginia    on behalf of Creditor   New Jersey B.A.C. Health Fund cvirginia@vandallp.com, mtenenbaum@vandallp.com  
    Deirdre E. Burke    on behalf of Defendant   Mercedes-Benz Financial Services USA, LLC dburke@mccarter.com  
    Deirdre E. Burke    on behalf of Creditor   Mercedes-Benz Financial Services USA LLC dburke@mccarter.com  
    Eric R. Perkins    eperkins@mdmc-law.com, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal  
    Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal, nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal  
    J. Alex Kress    on behalf of Trustee Eric R. Perkins akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com  
    J. Alex Kress    on behalf of Plaintiff Eric R. Perkins akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com  
    J. Alex Kress    on behalf of Spec. Counsel   Becker LLC akress@becker.legal, mambrose@becker.legal;akress@ecf.courtdrive.com  
    Jeffrey Thomas Testa    on behalf of Creditor   Mercedes-Benz Financial Services USA LLC jtesta@mccarter.com,   lrestivo@mccarter.com  
    Jeffrey Thomas Testa    on behalf of Defendant   Mercedes-Benz Financial Services USA, LLC jtesta@mccarter.com,   lrestivo@mccarter.com  
    Jeffrey Thomas Testa    on behalf of 3rd Party Plaintiff   Mercedes-Benz Financial Services USA, LLC jtesta@mccarter.com,   lrestivo@mccarter.com  
    Jeffrey Thomas Testa    on behalf of Cross-Claimant   Mercedes-Benz Financial Services USA, LLC jtesta@mccarter.com,   lrestivo@mccarter.com  
    Joseph A. Caneco    on behalf of Trustee Eric R. Perkins jcaneco@foxrothschild.com  
    Joseph A. Caneco    on behalf of Plaintiff Eric  Perkins jcaneco@foxrothschild.com  
    Joseph M. Aronds    on behalf of Unknown Role Type   Hartz Mountain Industries, Inc. joseph.aronds@hrplaw.com  
    Kathleen M Aiello    on behalf of Trustee Eric R. Perkins kaiello@foxrothschild.com, dfiore@foxrothschild.com  
    Mark E. Hall    on behalf of Trustee Eric R. Perkins mhall@foxrothschild.com, cbrown@foxrothschild.com  
    Mark E. Hall    on behalf of Plaintiff Eric  Perkins mhall@foxrothschild.com, cbrown@foxrothschild.com  
    Martin Cabalar    on behalf of Creditor    Grandview II at Riverwalk Port Imperial Condominium Association, Inc. mcabalar@bplegal.com, shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com  
    Martin Fojas    on behalf of Creditor   New Jersey B.A.C. Health Fund fojasm@gtlaw.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 05, 2020
                              Form ID: pdf903          Total Noticed: 1


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Michael R. Herz    on behalf of Trustee Eric R. Perkins mherz@foxrothschild.com,
               cbrown@foxrothschild.com
              Michael R. Herz    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC
               mherz@foxrothschild.com,   cbrown@foxrothschild.com
              Michael R. Herz    on behalf of Plaintiff Eric  Perkins mherz@foxrothschild.com,
               cbrown@foxrothschild.com
              Ralph A Ferro, Jr    on behalf of Debtor   J. Scrofani Construction Corp. ralphferrojr@msn.com
              Risa Michele Chalfin     on behalf of Unknown Role Type   K. Hovnanian at Port Imperial Urban
               Renewal III LLC; K. Hovnanian/Shore Acquisitions, LLC; K. Hovnanian Construction Management,
               Inc.; K. Hovnanian Companies, LLC; K. Hovnanian Companies Northeast, In rchalfin@wilentz.com
              Robert A. Rich    on behalf of Defendant    Capital One Bank rrich2@hunton.com
              Robert D. Towey    on behalf of Trustee Eric R. Perkins rtowey@becker.legal
              Scott J. Freedman     on behalf of Creditor    PNC Bank, National Association
               sfreedman@dilworthlaw.com
              Seth  Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds
               sptasiewicz@krollfirm.com
              Tyler  Kandel    on behalf of Defendant    JPMorgan Chase Bank, N.A. tkandel@sillscummis.com,
               mdelgiudice@sillscummis.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Vipin  Varghese    on behalf of Creditor    Trustees of the International Union of Operating
               Engineers Local 825 Employee Benefit Funds vvarghese@decotiislaw.com,
               plaureano@decotiislaw.com;dcaceres@decotiislaw.com;mdiaz@decotiislaw.com
                                                                                             TOTAL: 34
```