UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-2(c)**

**Caption in compliance with D.N.J. LBR 9004-2(c)**

**BECKER LLC**
Eisenhower Plaza Two, Suite 1500
354 Eisenhower Parkway
Livingston, NJ  07039
(973) 422-1100
J. ALEX KRESS, ESQ.
Special Counsel to Eric R. Perkins, Chapter 7 Trustee
E-Mail:  akress@becker.legal

**Order Filed on March 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In re: | Chapter 7 |
| J. SCROFANI CONSTRUCITON CORP., | Case No.: 17-19984 (RG) |
| Debtor. | Hon. Rosemary Gambardella, U.S.B.J. |
| | Hearing Date: March 17, 2020 at 10:00 a.m. |

**ORDER ALLOWING FIRST INTERIM FEES AND REIMURSEMENT OF COSTS TO BECKER LLC, AS SPECIAL COUNSEL TO ERIC R. PERKINS, CHAPTER 7 TRUSTEE**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: March 19, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Page 2 of 2**

**Debtor:**      **J. Scrofani Construction Corp.**

**Case No.:**    **17-19984 (RG)**

**Caption**: *Order Allowing First Interim Fees and Reimbursement of Costs to Becker LLC,*
*as Special Counsel to Eric R. Perkins, Chapter 7 Trustee*

And now, the Court finds that the Applicant named below filed an application for

allowances; notice and opportunity for hearing were given to creditors and other parties-

in-interest as required; and for good cause shown; it is hereby

**ORDERED** that compensation and expenses are **ALLOWED** as follows:

| Applicant | Attorneys' Fees | Expenses |
| --- | --- | --- |
| Becker LLC,<br>Special Counsel for<br>Eric R. Perkins, Chapter 7<br>Trustee for J. Scrofani Construction Corp. | $26,750.50 | $92.15 |