| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br>**Caption in compliance with D.N.J. LBR 9004-2(c)**<br>**BECKER LLC**<br>Eisenhower Plaza Two, Suite 1500<br>354 Eisenhower Parkway<br>Livingston, NJ  07039<br>(973) 422-1100<br>J. ALEX KRESS, ESQ.<br>Special Counsel to Eric R. Perkins, Chapter 7 Trustee<br>E-Mail:  akress@becker.legal | Order Filed on March 19, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br>J. SCROFANI CONSTRUCITON CORP.,<br>            Debtor. | Chapter 7<br>Case No.: 17-19984 (RG)<br>Hon. Rosemary Gambardella, U.S.B.J.<br>Hearing Date: March 17, 2020 at 10:00 a.m. |

**ORDER ALLOWING FIRST INTERIM FEES AND REIMURSEMENT OF COSTS TO BECKER LLC, AS SPECIAL COUNSEL TO ERIC R. PERKINS, CHAPTER 7 TRUSTEE**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: March 19, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Debtor:**   **J. Scrofani Construction Corp.**

**Case No.:**   **17-19984 (RG)**

**Caption*:  Order Allowing First Interim Fees and Reimbursement of Costs to Becker LLC, as Special Counsel to Eric R. Perkins, Chapter 7 Trustee***

And now, the Court finds that the Applicant named below filed an application for allowances; notice and opportunity for hearing were given to creditors and other parties-in-interest as required; and for good cause shown; it is hereby

**ORDERED** that compensation and expenses are **ALLOWED** as follows:

| Applicant | Attorneys' Fees | Expenses |
|---|---|---|
| Becker LLC, Special Counsel for Eric R. Perkins, Chapter 7 Trustee for J. Scrofani Construction Corp. | $26,750.50 | $92.15 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-19984-RG
J. Scrofani Construction Corp.                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Mar 19, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2020.
db             +J. Scrofani Construction Corp.,    20 West Sunset Road,    Pompton Plains, NJ 07444-1105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2020 at the address(es) listed below:
              Allen J. Underwood, II    on behalf of Plaintiff Eric R. Perkins ajunderwood@beckermeisel.com,
               ajunderwood@ecf.courtdrive.com
              Catherine E. Youngman    on behalf of Plaintiff Eric  Perkins cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Charles  Virginia    on behalf of Creditor   New Jersey B.A.C. Health Fund cvirginia@vandallp.com,
               mtenenbaum@vandallp.com
              Deirdre E. Burke    on behalf of Defendant   Mercedes-Benz Financial Services USA, LLC
               dburke@mccarter.com
              Deirdre E. Burke    on behalf of Creditor   Mercedes-Benz Financial Services USA LLC
               dburke@mccarter.com
              Eric R. Perkins    eperkins@mdmc-law.com,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              J. Alex Kress    on behalf of Trustee Eric R. Perkins akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Plaintiff Eric R. Perkins akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Spec. Counsel   Becker LLC akress@becker.legal,
               mambrose@becker.legal;akress@ecf.courtdrive.com
              Jeffrey Thomas Testa    on behalf of Creditor   Mercedes-Benz Financial Services USA LLC
               jtesta@mccarter.com,    lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of Defendant   Mercedes-Benz Financial Services USA, LLC
               jtesta@mccarter.com,    lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of 3rd Party Plaintiff   Mercedes-Benz Financial Services USA,
               LLC jtesta@mccarter.com,    lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of Cross-Claimant   Mercedes-Benz Financial Services USA, LLC
               jtesta@mccarter.com,    lrestivo@mccarter.com
              Joseph A. Caneco    on behalf of Trustee Eric R. Perkins jcaneco@foxrothschild.com
              Joseph A. Caneco    on behalf of Plaintiff Eric  Perkins jcaneco@foxrothschild.com
              Joseph M. Aronds    on behalf of Unknown Role Type   Hartz Mountain Industries, Inc.
               joseph.aronds@hrplaw.com
              Kathleen M Aiello    on behalf of Trustee Eric R. Perkins kaiello@foxrothschild.com,
               dfiore@foxrothschild.com
              Mark E. Hall    on behalf of Trustee Eric R. Perkins mhall@foxrothschild.com,
               cbrown@foxrothschild.com
              Mark E. Hall    on behalf of Plaintiff Eric  Perkins mhall@foxrothschild.com,
               cbrown@foxrothschild.com
              Martin  Cabalar    on behalf of Creditor   Grandview II at Riverwalk Port Imperial Condominium
               Association, Inc. mcabalar@bplegal.com,
               shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com
              Martin  Fojas    on behalf of Creditor   New Jersey B.A.C. Health Fund fojasm@gtlaw.com

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Mar 19, 2020
                              Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

- Michael R. Herz    on behalf of Trustee Eric R. Perkins mherz@foxrothschild.com, cbrown@foxrothschild.com
- Michael R. Herz    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC mherz@foxrothschild.com, cbrown@foxrothschild.com
- Michael R. Herz    on behalf of Plaintiff Eric  Perkins mherz@foxrothschild.com, cbrown@foxrothschild.com
- Ralph A Ferro, Jr    on behalf of Debtor   J. Scrofani Construction Corp. ralphferrojr@msn.com
- Risa Michele Chalfin    on behalf of Unknown Role Type   K. Hovnanian at Port Imperial Urban Renewal III LLC; K. Hovnanian/Shore Acquisitions, LLC; K. Hovnanian Construction Management, Inc.; K. Hovnanian Companies, LLC; K. Hovnanian Companies Northeast, In rchalfin@wilentz.com
- Robert A. Rich    on behalf of Defendant    Capital One Bank rrich2@hunton.com
- Robert D. Towey    on behalf of Trustee Eric R. Perkins rtowey@becker.legal
- Scott J. Freedman    on behalf of Creditor    PNC Bank, National Association sfreedman@dilworthlaw.com
- Seth  Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds sptasiewicz@krollfirm.com
- Tyler  Kandel    on behalf of Defendant    JPMorgan Chase Bank, N.A. tkandel@sillscummis.com, mdelgiudice@sillscummis.com
- U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
- Vipin  Varghese    on behalf of Creditor    Trustees of the International Union of Operating Engineers Local 825 Employee Benefit Funds vvarghese@decotiislaw.com, plaureano@decotiislaw.com;dcaceres@decotiislaw.com;mdiaz@decotiislaw.com

TOTAL: 34