| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**BECKER LLC**<br>354 Eisenhower Parkway, Plaza II, Suite 1500<br>Livingston, New Jersey 07039<br>Phone: (973) 422-1100<br>Fax: (973) 422-9122<br>Counsel to Eric R. Perkins, Chapter 7 Trustee<br>Attorney Appearing:<br>Robert D. Towey, Esq.<br><br>Email: rtowey@becker.legal | **Order Filed on March 23, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>    J. SCROFANI CONSTRUCTION CORP.,<br><br>                                              Debtor. | Chapter 7<br><br>Case No. 17-19984-RG<br><br>Judge: Rosemary Gambardella, U.S.B.J. |
| ERIC R. PERKINS, Chapter 7 Trustee for J. Scrofani Construction Corp.,<br><br>                                             Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. d/b/a Chase and Chase Bank,<br><br>                                           Defendant. | Adv. Pro. No. 19-1946<br><br><br><br>**Hearing Date: 3/17/20** |

The relief set forth on the following pages numbered two (2) through five (5), be

**ORDER PURSUANT TO 11 U.S.C. § 363 AND § 502 AND FED. R. BANKR. P. 9019**
**APPROVING SETTLEMENT AND FOR OTHER RELATED RELIEF**

and is hereby **ORDERED**.

**DATED: March 23, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

**In re:**     **J. Scrofani Construction Corp.**

**Case No.:**     **17-19984 (RG)**

**Caption:**     *Order Pursuant to 11 U.S.C. § 363 and § 502 and Fed. R. Bankr. P. 9019 for Approving Settlement and for Other Related Relief*

---

**THIS MATTER** having come before the Court on the Motion filed by Eric R. Perkins, Chapter 7 Trustee (the "Chapter 7 Trustee" or "Trustee") of the Estate of J. Scrofani Construction Corp. (the "Debtor") for an Order approving settlement of the adversary proceeding pursuant to 11 U.S.C. §363 and § 502 , Fed. R. Bankr. P. 9019 and granting such other and further relief as the Court may find just and proper under the circumstances (the "Motion"); and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); that notice of the Motion as it pertains to the entry of this order was good and sufficient under the circumstances and that no other or further notice need be given with respect to entry of this Order; and the Court having reviewed the Motion and any objections thereto, and having heard the arguments of counsel in support of the relief requested at a hearing before the Court, if any; and it appearing that entry of this Order is in the best interest of the Debtor and the estate, any creditors and other stakeholders; and upon the Motion and the record of the Hearing; and after due deliberation and good cause appearing herein;

(Page 3)

**In re:**  **J. Scrofani Construction Corp.**

**Case No.:**  **17-19984 (RG)**

**Caption:**  ***Order Pursuant to 11 U.S.C. § 363 and § 502 and Fed. R. Bankr. P. 9019 for Approving Settlement and for Other Related Relief***

---

**IT IS FOUND AND DETERMINED THAT:**

A. On May 15, 2017 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

B. Thereafter, on May 16, 2017, the Office of the United States Trustee appointed Eric R. Perkins as the Chapter 7 Trustee for the Debtor's bankruptcy estate (the "Estate").

C. After reviewing the Debtor's available documents, the Trustee concluded that during the four (4) years prior to the commencement of the Bankruptcy Case, the Debtor made or caused to be made transfers for the benefit of third-parties for credit card expenditures allegedly unrelated to the Debtor's business, totaling approximately $67,686.00 (the "Transfers") to JP Morgan Chase Bank, N.A. d/b/a/ Chase and Chase Bank ("Chase").

D. The Trustee made a demand upon Chase to return the Transfers, however, Chase denied any liability with respect to the Transfers and asserted defenses against the Trustee with respect to the Trustee's ability to recover the Transfers.

E. The Trustee filed an adversary proceeding against Chase seeking to recover the Transfers.

F. Thereafter the Trustee and Chase (collectively the "Settling Parties") reached a settlement with respect to the adversary proceeding as set forth in further detail in the

**(Page 4)**

| | |
|---|---|
| **In re:** | J. Scrofani Construction Corp. |
| **Case No.:** | 17-19984 (RG) |
| **Caption:** | *Order Pursuant to 11 U.S.C. § 363 and § 502 and Fed. R. Bankr. P. 9019 for Approving Settlement and for Other Related Relief* |

---

Settlement Agreement attached as Exhibit "A". Pursuant to the Settlement Agreement, Chase has agreed to pay to the Trustee the sum of Twenty Five Thousand Dollars ($25,000.00) (the "Settlement Payment"). Further, the Settling Parties have agreed to mutually release each other from any and all obligations, claims, and demands of any kind whatsoever, at law or in equity, direct or indirect, known or unknown, discovered or undiscovered, arising out of, by reason of, or relating to the Transfers.

G. In addition to the release of claims, Chase is forever barred, estopped, and enjoined from filing a proof of claim or requesting payment in the form of an administrative claim in the Debtor's case and any proofs of claim filed by Chase shall be barred from participation in any distribution to creditors.

H. The Trustee has articulated good and sufficient business judgment to support this Court's approval of entry of an Order (i) approving a settlement with respect to the dispute relating to the credit card transfers (the "Transfers") between the Trustee and Chase Bank ("Chase") and (ii) granting such other and further relief as the Court may find just and proper under the circumstances.

I. The terms of the Settlement are fair and reasonable and satisfy the requirements of Fed. R. Bankr. P. 9019, including, but not limited to, the requirements set forth in *In re Martin*, 91 F.3d 389, 393 (3d Cir. 1996).

**(Page 5)**

**In re:**       **J. Scrofani Construction Corp.**

**Case No.:**    **17-19984 (RG)**

**Caption:**    *Order Pursuant to 11 U.S.C. § 363 and § 502 and Fed. R. Bankr. P. 9019 for Approving Settlement and for Other Related Relief*

---

**IT IS THEREFORE ORDERED THAT:**

1. The Trustee's Motion is hereby GRANTED, and all objections to the Motion, if any, which have not been withdrawn are overruled.

2. Chase shall pay the Trustee $25,000.00 within ten (10) days of its receipt or an entered copy of this Order.

3. The Settlement Agreement attached to this Order as Exhibit "A" is APPROVED.

4. The Bankruptcy Court retains exclusive jurisdiction (a) to enforce and implement the terms and provisions of the Settlement Agreement, all amendments thereto, any waivers and consents thereunder, and any agreements executed in connection therewith; (b) to resolve any disputes, controversies or claims arising out of or relating to the Settlement Agreement; and (c) to interpret, implement and enforce the provisions of this Order.

5. This Order constitutes a final and appealable order within the meaning of 28 U.S.C. § 158(a).

United States Bankruptcy Court
District of New Jersey

In re:                                                                                         Case No. 17-19984-RG
J. Scrofani Construction Corp.                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Mar 26, 2020
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2020.
db          +J. Scrofani Construction Corp.,    20 West Sunset Road,    Pompton Plains, NJ 07444-1105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2020                                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2020 at the address(es) listed below:
              Allen J. Underwood, II   on behalf of Plaintiff Eric R. Perkins ajunderwood@beckermeisel.com,
                ajunderwood@ecf.courtdrive.com
              Catherine E. Youngman    on behalf of Plaintiff Eric  Perkins cyoungman@foxrothschild.com,
                NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Charles Virginia    on behalf of Creditor   New Jersey B.A.C. Health Fund cvirginia@vandallp.com,
                mtenenbaum@vandallp.com
              Deirdre E. Burke    on behalf of Defendant   Mercedes-Benz Financial Services USA, LLC
                dburke@mccarter.com
              Deirdre E. Burke    on behalf of Creditor   Mercedes-Benz Financial Services USA LLC
                dburke@mccarter.com
              Eric R. Perkins    eperkins@mdmc-law.com,
                nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
                nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal
              J. Alex Kress    on behalf of Trustee Eric R. Perkins akress@becker.legal,
                mambrose@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Plaintiff Eric R. Perkins akress@becker.legal,
                mambrose@becker.legal;akress@ecf.courtdrive.com
              J. Alex Kress    on behalf of Spec. Counsel   Becker LLC akress@becker.legal,
                mambrose@becker.legal;akress@ecf.courtdrive.com
              Jeffrey Thomas Testa    on behalf of Creditor   Mercedes-Benz Financial Services USA LLC
                jtesta@mccarter.com,    lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of Defendant   Mercedes-Benz Financial Services USA, LLC
                jtesta@mccarter.com,    lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of 3rd Party Plaintiff   Mercedes-Benz Financial Services USA,
                LLC jtesta@mccarter.com,    lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of Cross-Claimant   Mercedes-Benz Financial Services USA, LLC
                jtesta@mccarter.com,    lrestivo@mccarter.com
              Joseph A. Caneco    on behalf of Trustee Eric R. Perkins jcaneco@foxrothschild.com
              Joseph A. Caneco    on behalf of Plaintiff Eric  Perkins jcaneco@foxrothschild.com
              Joseph M. Aronds    on behalf of Unknown Role Type   Hartz Mountain Industries, Inc.
                joseph.aronds@hrplaw.com
              Kathleen M Aiello    on behalf of Trustee Eric R. Perkins kaiello@foxrothschild.com,
                dfiore@foxrothschild.com
              Mark E. Hall    on behalf of Trustee Eric R. Perkins mhall@foxrothschild.com,
                cbrown@foxrothschild.com
              Mark E. Hall    on behalf of Plaintiff Eric  Perkins mhall@foxrothschild.com,
                cbrown@foxrothschild.com
              Martin Cabalar    on behalf of Creditor    Grandview II at Riverwalk Port Imperial Condominium
                Association, Inc. mcabalar@bplegal.com,
                shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com
              Martin Fojas    on behalf of Creditor   New Jersey B.A.C. Health Fund fojasm@gtlaw.com

```
District/off: 0312-2           User: admin              Page 2 of 2              Date Rcvd: Mar 26, 2020
                               Form ID: pdf903          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michael R. Herz    on behalf of Trustee Eric R. Perkins mherz@foxrothschild.com, cbrown@foxrothschild.com
        Michael R. Herz    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC mherz@foxrothschild.com,  cbrown@foxrothschild.com
        Michael R. Herz    on behalf of Plaintiff Eric  Perkins mherz@foxrothschild.com, cbrown@foxrothschild.com
        Ralph A Ferro, Jr    on behalf of Debtor    J. Scrofani Construction Corp. ralphferrojr@msn.com
        Risa Michele Chalfin    on behalf of Unknown Role Type    K. Hovnanian at Port Imperial Urban Renewal III LLC; K. Hovnanian/Shore Acquisitions, LLC; K. Hovnanian Construction Management, Inc.; K. Hovnanian Companies, LLC; K. Hovnanian Companies Northeast, In rchalfin@wilentz.com
        Robert A. Rich    on behalf of Defendant    Capital One Bank rrich2@hunton.com
        Robert D. Towey    on behalf of Trustee Eric R. Perkins rtowey@becker.legal
        Scott J. Freedman    on behalf of Creditor    PNC Bank, National Association sfreedman@dilworthlaw.com
        Seth  Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds sptasiewicz@krollfirm.com
        Tyler  Kandel    on behalf of Defendant    JPMorgan Chase Bank, N.A. tkandel@sillscummis.com, mdelgiudice@sillscummis.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Vipin  Varghese    on behalf of Creditor    Trustees of the International Union of Operating Engineers Local 825 Employee Benefit Funds vvarghese@decotiislaw.com, plaureano@decotiislaw.com;dcaceres@decotiislaw.com;mdiaz@decotiislaw.com

                                                                                                    TOTAL: 34