Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–19984–RG
Chapter: 7
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
J. Scrofani Construction Corp.
aka JVS Construction, LLC
20 West Sunset Road
Pompton Plains, NJ 07444

Social Security No.:

Employer's Tax I.D. No.:
20–2840154

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on July 10, 2020, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 196 – 192
Order Granting Motion re: Approving Settlement Agreements and Granting Related Relief. (Related Doc # 192). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 7/9/2020. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: July 10, 2020
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-19984-RG
J. Scrofani Construction Corp.                                        Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2            Date Rcvd: Jul 10, 2020
                              Form ID: orderntc        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2020.
db         +J. Scrofani Construction Corp.,    20 West Sunset Road,    Pompton Plains, NJ 07444-1105
sp         +Becker LLC,    Eisenhower Plaza II,    354 Eisenhower Parkway,    Suite 1500,
             Livingston, NJ 07039-1023
acc        +Bederson LLP,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
none       +Hartz Mountain Industries, Inc.,    Lawrence Garb, VP,    400 Plaza Drive,    PO Box 35251,
             Secaucus, NJ 07094-3688
none       +K. Hovnanian at Port Imperial Urban Renewal III LL,    c/o Wilentz, Goldman & Spitzer, P.A.,
             90 Woodbridge Center Drive,    Suite 900, Box 10,    Attn: Daniel A. Cozzi, Esq.,
             Woodbridge, NJ 07095-1155
cr         +Martin C. Cabalar Grandview II at Riverwalk Port I,    1776 on the Green,    67 Park Place East,
             Suite 702,    Morristown, nj 07960-7103
cr         +Mercedes-Benz Financial Services USA LLC,    McCarter & English LLP,    Attn: J. Testa, Esq.,
             Four Gateway Center,    100 Mulberry Street,    Newark, NJ 07102-4056
cr         +New Jersey B.A.C. Health Fund,    c/o Virginia & Ambinder, LLP,    40 Broad St., 7th Floor,
             New York, NY 10004-2776
cr         +Trustees of the International Union of Operating E,    65 Springfield Avenue, 2nd Fl.,
             Springfield, NJ 07081-1308

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty         E-mail/Text: mhall@foxrothschild.com Jul 11 2020 01:05:45      Fox Rothschild LLP,
             49 Market Street,    Morristown, NJ   07960
app        +E-mail/Text: atkinsappraisal@aol.com Jul 11 2020 01:15:01      A. Atkins Appraisal Corp,,
             122 Clinton Road,    Fairfiled, NJ 07004-2900
none       +E-mail/Text: jbrenner@maragell.com Jul 11 2020 01:17:05      Maragell LLC,    2 Coleman Avenue,
             Suite 201,    Cherry Hill, NJ 08034-3595
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Becker LLC,    Eisenhower Plaza II,    354 Eisenhower Parkway, Ste. 1500,
             Livingston, NJ 07039-1023
auc       ##+A.J. Willner Auctions,    PO Box 1012,    Springfield, NJ 07081-5012
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2020 at the address(es) listed below:
              Allen J. Underwood, II    on behalf of Trustee Eric R. Perkins ajunderwood@beckermeisel.com,
               ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
              Allen J. Underwood, II    on behalf of Plaintiff Eric R. Perkins ajunderwood@beckermeisel.com,
               ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
              Catherine E. Youngman    on behalf of Plaintiff Eric  Perkins cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Charles  Virginia    on behalf of Creditor    New Jersey B.A.C. Health Fund cvirginia@vandallp.com,
               mtenenbaum@vandallp.com
              Deirdre E. Burke    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC
               dburke@mccarter.com
              Deirdre E. Burke    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
               dburke@mccarter.com

```
District/off: 0312-2          User: admin              Page 2 of 2               Date Rcvd: Jul 10, 2020
                              Form ID: orderntc        Total Noticed: 12


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Eric R. Perkins    eperkins@mdmc-law.com,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal
              Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal
              J. Alex Kress    on behalf of Spec. Counsel    Becker LLC akress@becker.legal,
               mambrose@becker.legal;jalexkress@gmail.com
              J. Alex Kress    on behalf of Plaintiff Eric R. Perkins akress@becker.legal,
               mambrose@becker.legal;jalexkress@gmail.com
              Jeffrey Thomas Testa    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC
               jtesta@mccarter.com, lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of 3rd Party Plaintiff    Mercedes-Benz Financial Services USA,
               LLC jtesta@mccarter.com, lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of Cross-Claimant    Mercedes-Benz Financial Services USA, LLC
               jtesta@mccarter.com, lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
               jtesta@mccarter.com, lrestivo@mccarter.com
              Joseph A. Caneco    on behalf of Plaintiff Eric  Perkins jcaneco@foxrothschild.com
              Joseph A. Caneco    on behalf of Trustee Eric R. Perkins jcaneco@foxrothschild.com
              Joseph M. Aronds    on behalf of Unknown Role Type    Hartz Mountain Industries, Inc.
               joseph.aronds@hrplaw.com
              Kathleen M Aiello    on behalf of Trustee Eric R. Perkins kaiello@foxrothschild.com,
               dfiore@foxrothschild.com
              Mark E. Hall    on behalf of Trustee Eric R. Perkins mhall@foxrothschild.com,
               cbrown@foxrothschild.com
              Mark E. Hall    on behalf of Plaintiff Eric  Perkins mhall@foxrothschild.com,
               cbrown@foxrothschild.com
              Martin Cabalar    on behalf of Creditor    Grandview II at Riverwalk Port Imperial Condominium
               Association, Inc. mcabalar@bplegal.com,
               shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com
              Martin Fojas    on behalf of Creditor    New Jersey B.A.C. Health Fund fojasm@gtlaw.com
              Michael R. Herz    on behalf of Trustee Eric R. Perkins mherz@foxrothschild.com,
               cbrown@foxrothschild.com
              Michael R. Herz    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC
               mherz@foxrothschild.com, cbrown@foxrothschild.com
              Michael R. Herz    on behalf of Plaintiff Eric  Perkins mherz@foxrothschild.com,
               cbrown@foxrothschild.com
              Ralph A Ferro, Jr    on behalf of Debtor    J. Scrofani Construction Corp. ralphferrojr@msn.com
              Risa Michele Chalfin    on behalf of Unknown Role Type    K. Hovnanian at Port Imperial Urban
               Renewal III LLC; K. Hovnanian/Shore Acquisitions, LLC; K. Hovnanian Construction Management,
               Inc.; K. Hovnanian Companies, LLC; K. Hovnanian Companies Northeast, In rchalfin@wilentz.com
              Robert A. Rich    on behalf of Defendant    Capital One Bank rrich2@hunton.com
              Robert D. Towey    on behalf of Trustee Eric R. Perkins rtowey@becker.legal
              Scott J. Freedman    on behalf of Creditor    PNC Bank, National Association
               sfreedman@dilworthlaw.com
              Seth Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds
               sptasiewicz@krollfirm.com
              Tyler Kandel    on behalf of Defendant    JPMorgan Chase Bank, N.A. tkandel@sillscummis.com,
               mco@sillscummis.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Vipin Varghese    on behalf of Creditor    Trustees of the International Union of Operating
               Engineers Local 825 Employee Benefit Funds vvarghese@decotiislaw.com,
               plaureano@decotiislaw.com;dcaceres@decotiislaw.com;mdiaz@decotiislaw.com
                                                                                              TOTAL: 34
```