| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FOX ROTHSCHILD LLP**<br>49 Market St.<br>Morristown, NJ 07960<br>Mark E. Hall, Esq.<br>mhall@foxrothschild.com<br>Michael R. Herz, Esq.<br>mherz@foxrothschild.com<br>Telephone: (973) 992-4800<br>Facsimile: (973) 992-9125<br>*Attorney for Eric. R. Perkins,*<br>*Chapter 7 Trustee / Plaintiff* | **Order Filed on July 9, 2020**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>J. SCROFANI CONSTRUCTION CORP.<br><br>                       Debtor. | Chapter 7<br><br>Case No. 17-19984-RG<br><br>Judge: Hon. Rosemary Gambardella<br><br>Hg. Date: 7/7/20 |
| ERIC R. PERKINS, Chapter 7 Trustee,<br><br>                       Plaintiff,<br>v.<br><br>JOHN SCROFANI,<br><br>                       Defendant. | Adv. Pro. No. 19-02083-RG |
| ERIC R. PERKINS, Chapter 7 Trustee,<br><br>                       Plaintiff,<br><br>LISA MARIE SCROFANI,<br><br>                       Defendant. | Adv. Pro. No. 19-02084-RG |

**DATE: July 9, 2020**

Active\109318525.v1-6/3/20

*Honorable Rosemary Gambardella*
*United States Bankruptcy Judge*

| | |
|---|---|
| DEBTOR: | J. Scrofani Construction Corp. |
| CASE NO.: | 17-19984-RG |
| ADV. PROS.: | Perkins v. J. Scrofani; Perkins v. L. M. Scrofani; Perkins v. Capital One Bank; and Perkins v. Mercedes-Benz Financial Services USA, LLC |
| ADV. PRO. NO.: | 19-02083-RG; 19-02084-RG; 19-01941-RG; and 19-01939-RG |
| CAPTION: | **Order Approving Settlement Agreements and Granting Related Relief** |

ERIC R. PERKINS, Chapter 7 Trustee,

        Plaintiff,

v.

CAPITAL ONE BANK,

        Defendant.

Adv. Pro. No. 19-01941-RG

---

ERIC R. PERKINS, Chapter 7 Trustee,

        Plaintiff,

v.

MERCEDES-BENZ FINANCIAL SERVICES USA, LLC,

        Defendant.

Adv. Pro. No. 19-01939-RG

MERCEDES-BENZ FINANCIAL SERVICES USA, LLC,

        Third-Party Plaintiff,

v.

JOHN J. SCROFANI and/or JOHN S. SCROFANI,

        Third-Party Defendant(s).

**ORDER APPROVING SETTLEMENT AGREEMENTS
AND GRANTING RELATED RELIEF**

The relief set forth on the following pages, numbered three (3) and four (4), is hereby **ORDERED**.

| | |
|---|---|
| DEBTOR: | J. Scrofani Construction Corp. |
| CASE NO.: | 17-19984-RG |
| ADV. PROS.: | Perkins v. J. Scrofani; Perkins v. L. M. Scrofani; Perkins v. Capital One Bank; and Perkins v. Mercedes-Benz Financial Services USA, LLC |
| ADV. PRO. NO.: | 19-02083-RG; 19-02084-RG; 19-01941-RG; and 19-01939-RG |
| CAPTION: | **Order Approving Settlement Agreements and Granting Related Relief** |

**THIS MATTER** having been brought before the Court upon the motion (the "Motion") of Eric R. Perkins, chapter 7 trustee (the "Trustee") for the estate of J. Scrofani Construction Corp. (the "Debtor"), and the plaintiff in the above-captioned adversary proceedings, through his attorneys, Fox Rothschild LLP, seeking the entry of an order pursuant to Federal Rule of Bankruptcy Procedure 9019(a) ("Rule 9019(a)") and 11 U.S.C. §§ 105(a) approving settlement agreements with (i) John Scrofani, Lisa Marie Scrofani, Lexus Scrofani, and Joseph Scrofani (the "Scrofani Parties"); (ii) Capital One Bank; and (iii) Mercedes-Benz Financial Services USA, LLC ("MBFS"); and due and sufficient notice of the Motion having been provided; and the Court having considered the papers filed, including all opposition, if any; and for good cause shown, it is hereby

**ORDERED** that the Motion is granted and objections, if any, are overruled; and it is further

**ORDERED** that the Scrofani Parties' Settlement Agreement[1] is approved, the full terms of which are incorporated herein by reference;[2] and it is further

**ORDERED** that the Capital One Settlement Agreement is approved, the full terms of which are incorporated herein by reference;[3] and it is further

**ORDERED** that the MBFS Settlement Agreement is approved, the full terms of which are

---

[1] Capitalized terms shall have the same meaning as set forth in the Trustee's certification submitted in support of the Motion.

[2] A full copy of the Scrofani Parties' Settlement Agreement is attached as Exhibit A to the Trustee's Certification.

[3] A full copy of the Capital One Agreement is attached as Exhibit B to the Trustee's Certification.

DEBTOR: J. Scrofani Construction Corp.
CASE NO.: 17-19984-RG
ADV. PROS.: Perkins v. J. Scrofani; Perkins v. L. M. Scrofani; Perkins v. Capital One Bank; and Perkins v. Mercedes-Benz Financial Services USA, LLC
ADV. PRO. NO.: 19-02083-RG; 19-02084-RG; 19-01941-RG; and 19-01939-RG
CAPTION: **Order Approving Settlement Agreements and Granting Related Relief**

incorporated herein by reference;[4] and it is further

**ORDERED** that the above-captioned adversary proceedings, including all claims, counterclaims, and cross-claims, are hereby determined resolved and closed, including the third-party complaint filed by MBFS against John J. Scrofani and/or John S. Scrofani in adversary proceeding number 19-01939-RG, with the respective parties in each of the above-captioned adversary proceedings to bear their own attorneys' fees and costs; and it is further

**ORDERED** that in the event of default by the Scrofani Parties under the Scrofani Parties' Settlement Agreement, the Trustee may seek to re-open the above-captioned adversary proceedings against John Scrofani and Lisa Marie Scrofani for the purpose of requesting the entry of default judgment against John Scrofani and Lisa Marie Scrofani, and the Trustee may commence an adversary proceeding against Lexus Scrofani with respect to the Lexus Scrofani Claims, and that such adversary proceeding shall not be time barred under 11 U.S.C. § 546(a) or any other applicable statute of limitations if brought within one year of the date upon which the Scrofani Settlement Payment became due and payable to the Trustee.

---

[4] A full copy of the MBFS Settlement Agreement is attached as Exhibit C to the Trustee's Certification.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-19984-RG
J. Scrofani Construction Corp.                                      Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 2           Date Rcvd: Jul 10, 2020
                              Form ID: pdf903            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2020.
db            +J. Scrofani Construction Corp.,    20 West Sunset Road,    Pompton Plains, NJ 07444-1105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2020 at the address(es) listed below:
              Allen J. Underwood, II    on behalf of Plaintiff Eric R. Perkins ajunderwood@beckermeisel.com,
               ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
              Allen J. Underwood, II    on behalf of Trustee Eric R. Perkins ajunderwood@beckermeisel.com,
               ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
              Catherine E. Youngman    on behalf of Plaintiff Eric  Perkins cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Charles  Virginia    on behalf of Creditor   New Jersey B.A.C. Health Fund cvirginia@vandallp.com,
               mtenenbaum@vandallp.com
              Deirdre E. Burke    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC
               dburke@mccarter.com
              Deirdre E. Burke    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
               dburke@mccarter.com
              Eric R. Perkins     eperkins@mdmc-law.com,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal
              Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal
              J. Alex Kress    on behalf of Plaintiff Eric R. Perkins akress@becker.legal,
               mambrose@becker.legal;jalexkress@gmail.com
              J. Alex Kress    on behalf of Spec. Counsel    Becker LLC akress@becker.legal,
               mambrose@becker.legal;jalexkress@gmail.com
              Jeffrey Thomas Testa    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
               jtesta@mccarter.com,   lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC
               jtesta@mccarter.com,   lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of 3rd Party Plaintiff    Mercedes-Benz Financial Services USA,
               LLC jtesta@mccarter.com,   lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of Cross-Claimant    Mercedes-Benz Financial Services USA, LLC
               jtesta@mccarter.com,   lrestivo@mccarter.com
              Joseph A. Caneco    on behalf of Trustee Eric R. Perkins jcaneco@foxrothschild.com
              Joseph A. Caneco    on behalf of Plaintiff Eric  Perkins jcaneco@foxrothschild.com
              Joseph M. Aronds    on behalf of Unknown Role Type    Hartz Mountain Industries, Inc.
               joseph.aronds@hrplaw.com
              Kathleen M Aiello    on behalf of Trustee Eric R. Perkins kaiello@foxrothschild.com,
               dfiore@foxrothschild.com
              Mark E. Hall    on behalf of Trustee Eric R. Perkins mhall@foxrothschild.com,
               cbrown@foxrothschild.com
              Mark E. Hall    on behalf of Plaintiff Eric  Perkins mhall@foxrothschild.com,
               cbrown@foxrothschild.com
              Martin  Cabalar    on behalf of Creditor    Grandview II at Riverwalk Port Imperial Condominium
               Association, Inc. mcabalar@bplegal.com,
               shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com
              Martin  Fojas    on behalf of Creditor    New Jersey B.A.C. Health Fund fojasm@gtlaw.com

```
District/off: 0312-2              User: admin                Page 2 of 2              Date Rcvd: Jul 10, 2020
                                  Form ID: pdf903            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Michael R. Herz    on behalf of Trustee Eric R. Perkins mherz@foxrothschild.com, cbrown@foxrothschild.com
         Michael R. Herz    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC mherz@foxrothschild.com, cbrown@foxrothschild.com
         Michael R. Herz    on behalf of Plaintiff Eric  Perkins mherz@foxrothschild.com, cbrown@foxrothschild.com
         Ralph A Ferro, Jr    on behalf of Debtor    J. Scrofani Construction Corp. ralphferrojr@msn.com
         Risa Michele Chalfin    on behalf of Unknown Role Type    K. Hovnanian at Port Imperial Urban Renewal III LLC; K. Hovnanian/Shore Acquisitions, LLC; K. Hovnanian Construction Management, Inc.; K. Hovnanian Companies, LLC; K. Hovnanian Companies Northeast, In rchalfin@wilentz.com
         Robert A. Rich    on behalf of Defendant    Capital One Bank rrich2@hunton.com
         Robert D. Towey    on behalf of Trustee Eric R. Perkins rtowey@becker.legal
         Scott J. Freedman    on behalf of Creditor    PNC Bank, National Association sfreedman@dilworthlaw.com
         Seth  Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds sptasiewicz@krollfirm.com
         Tyler  Kandel    on behalf of Defendant    JPMorgan Chase Bank, N.A. tkandel@sillscummis.com, mco@sillscummis.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         Vipin  Varghese    on behalf of Creditor    Trustees of the International Union of Operating Engineers Local 825 Employee Benefit Funds vvarghese@decotiislaw.com, plaureano@decotiislaw.com;dcaceres@decotiislaw.com;mdiaz@decotiislaw.com

TOTAL: 34