|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**FOX ROTHSCHILD LLP**<br>49 Market Street<br>Morristown, NJ   07960<br>Telephone:   (973) 992-4800<br>Fax:   (973) 992-9125<br>Michael R. Herz, Esq.<br>mherz@foxrothschild.com<br>Attorneys for Eric R. Perkins, Chapter 7 Trustee | Order Filed on July 9, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>J. SCROFANI CONSTRUCTION CORP,<br><br>Debtors. | Chapter 7<br><br>Case No. 17-19984-RG<br><br>Judge:   Hon. Rosemary Gambardella<br><br>Hearing Date:   July 7, 2020<br>Hearing Time:   10:00 a.m. |

### ORDER RECLASSIFYING AND RECLASSIFYING
### CLAIM NUMBER 11 FILED BY VERGONA CRANE

The relief set forth on the following page, numbered (2), is hereby **ORDERED.**

**DATED: July 9, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

111197611.v1

Page 2
Debtor:     J. Scrofani Construction Corp.
Case No.:   17-19984-RG
Caption:    **Order Reclassifying Claim Number 11 Filed by Vergona Crane**

---

**THIS MATTER** having been brought before the Court by Eric R. Perkins, the chapter 7 trustee (the "Trustee") for J. Scrofani Construction Corp., by and through his attorneys, Fox Rothschild LLP, upon motion (the "Motion") for entry of an order pursuant to 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure, reclassifying claim number 11 filed by Vergona Crane; and due notice having been provided; and the Court having considered the pleadings filed and arguments presented at hearing, if any; and for good cause shown, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that claim number 11-1 filed by Vergona Crane is hereby reclassified as a general unsecured claim.

United States Bankruptcy Court
District of New Jersey

In re:  
J. Scrofani Construction Corp.  
    Debtor

Case No. 17-19984-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Jul 10, 2020  
                  Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2020.
```
db            +J. Scrofani Construction Corp.,    20 West Sunset Road,    Pompton Plains, NJ 07444-1105
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       \*\*\*\*\* BYPASSED RECIPIENTS \*\*\*\*\*  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2020 at the address(es) listed below:
```
              Allen J. Underwood, II    on behalf of Plaintiff Eric R. Perkins ajunderwood@beckermeisel.com,
               ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
              Allen J. Underwood, II    on behalf of Trustee Eric R. Perkins ajunderwood@beckermeisel.com,
               ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
              Catherine E. Youngman    on behalf of Plaintiff Eric  Perkins cyoungman@foxrothschild.com,
               NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
              Charles  Virginia    on behalf of Creditor   New Jersey B.A.C. Health Fund cvirginia@vandallp.com,
               mtenenbaum@vandallp.com
              Deirdre E. Burke    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC
               dburke@mccarter.com
              Deirdre E. Burke    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
               dburke@mccarter.com
              Eric R. Perkins     eperkins@mdmc-law.com,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal
              Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
               nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal
              J. Alex Kress    on behalf of Plaintiff Eric R. Perkins akress@becker.legal,
               mambrose@becker.legal;jalexkress@gmail.com
              J. Alex Kress    on behalf of Spec. Counsel    Becker LLC akress@becker.legal,
               mambrose@becker.legal;jalexkress@gmail.com
              Jeffrey Thomas Testa    on behalf of Creditor    Mercedes-Benz Financial Services USA LLC
               jtesta@mccarter.com,   lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC
               jtesta@mccarter.com,   lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of 3rd Party Plaintiff    Mercedes-Benz Financial Services USA,
               LLC jtesta@mccarter.com,   lrestivo@mccarter.com
              Jeffrey Thomas Testa    on behalf of Cross-Claimant    Mercedes-Benz Financial Services USA, LLC
               jtesta@mccarter.com,   lrestivo@mccarter.com
              Joseph A. Caneco    on behalf of Trustee Eric R. Perkins jcaneco@foxrothschild.com
              Joseph A. Caneco    on behalf of Plaintiff Eric  Perkins jcaneco@foxrothschild.com
              Joseph M. Aronds    on behalf of Unknown Role Type    Hartz Mountain Industries, Inc.
               joseph.aronds@hrplaw.com
              Kathleen M Aiello    on behalf of Trustee Eric R. Perkins kaiello@foxrothschild.com,
               dfiore@foxrothschild.com
              Mark E. Hall    on behalf of Trustee Eric R. Perkins mhall@foxrothschild.com,
               cbrown@foxrothschild.com
              Mark E. Hall    on behalf of Plaintiff Eric  Perkins mhall@foxrothschild.com,
               cbrown@foxrothschild.com
              Martin  Cabalar    on behalf of Creditor    Grandview II at Riverwalk Port Imperial Condominium
               Association, Inc. mcabalar@bplegal.com,
               shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com
              Martin  Fojas    on behalf of Creditor    New Jersey B.A.C. Health Fund fojasm@gtlaw.com
```

```
District/off: 0312-2            User: admin               Page 2 of 2               Date Rcvd: Jul 10, 2020
                                Form ID: pdf903           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Michael R. Herz    on behalf of Trustee Eric R. Perkins mherz@foxrothschild.com, cbrown@foxrothschild.com
          Michael R. Herz    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC mherz@foxrothschild.com, cbrown@foxrothschild.com
          Michael R. Herz    on behalf of Plaintiff Eric  Perkins mherz@foxrothschild.com, cbrown@foxrothschild.com
          Ralph A Ferro, Jr    on behalf of Debtor    J. Scrofani Construction Corp. ralphferrojr@msn.com
          Risa Michele Chalfin    on behalf of Unknown Role Type    K. Hovnanian at Port Imperial Urban Renewal III LLC; K. Hovnanian/Shore Acquisitions, LLC; K. Hovnanian Construction Management, Inc.; K. Hovnanian Companies, LLC; K. Hovnanian Companies Northeast, In rchalfin@wilentz.com
          Robert A. Rich    on behalf of Defendant    Capital One Bank rrich2@hunton.com
          Robert D. Towey    on behalf of Trustee Eric R. Perkins rtowey@becker.legal
          Scott J. Freedman    on behalf of Creditor    PNC Bank, National Association sfreedman@dilworthlaw.com
          Seth  Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds sptasiewicz@krollfirm.com
          Tyler  Kandel    on behalf of Defendant    JPMorgan Chase Bank, N.A. tkandel@sillscummis.com, mco@sillscummis.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          Vipin  Varghese    on behalf of Creditor    Trustees of the International Union of Operating Engineers Local 825 Employee Benefit Funds vvarghese@decotiislaw.com, plaureano@decotiislaw.com;dcaceres@decotiislaw.com;mdiaz@decotiislaw.com

                                                                                            TOTAL: 34