UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-2(c )

**BECKER LLC**
354 Eisenhower Parkway
Plaza Two, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
Special Counsel to Eric R. Perkins, Chapter 7 Trustee
CHRISTOPHER M. LEDDY, ESQ.
E-mail address: cleddy@becker.legal

**Order Filed on August 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

J. SCROFANI CONSTRUCTION CORP.

Debtor.

Case No.  17-19984 (RG)

Chapter 7

**Judge:**	Hon. Rosemary Gambardella

**Hearing Date:**	August 25, 2020
at 10:00 a.m.

**ORDER ALLOWING SECOND AND FINAL FEES AND REIMURSEMENT OF COSTS TO BECKER LLC, AS SPECIAL COUNSEL TO ERIC R. PERKINS, CHAPTER 7 TRUSTEE**

The relief set forth on the following pages, numbered two (2), is hereby

**ORDERED**.

**DATED: August 31, 2020**

*/s/ Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**Debtor:** J. Scrofani Construction Corp.

**Case No.:** 17-19984 (RG)

**Caption:** *Order Allowing Second and Final Fees and Reimbursement of Costs to Becker LLC, as Special Counsel to Eric R. Perkins, Chapter 7 Trustee*

And now, the Court finds that the Applicant named below filed an application for allowances; notice and opportunity for hearing were given to creditors and other parties-in-interest as required; and for good cause shown; it is hereby

**ORDERED** that final compensation and reimbursement of expenses are ALLOWED as follows:

| Applicant | Attorneys' Fees | Expenses |
|---|---|---|
| Becker LLC, as Special Counsel for Eric R. Perkins, as Chapter 7 Trustee for the Debtor | $2,707.50 | $4.55 |