UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-2(c )

**BECKER LLC**
354 Eisenhower Parkway
Plaza Two, Suite 1500
Livingston, New Jersey 07039
(973) 422-1100
Special Counsel to Eric R. Perkins, Chapter 7 Trustee
CHRISTOPHER M. LEDDY, ESQ.
E-mail address: cleddy@becker.legal

**Order Filed on August 31, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

J. SCROFANI CONSTRUCTION CORP.

Debtor.

Case No.  17-19984 (RG)

Chapter 7

**Judge:**     Hon. Rosemary Gambardella

**Hearing Date:**     August 25, 2020
at 10:00 a.m.

**ORDER ALLOWING SECOND AND FINAL FEES AND REIMURSEMENT OF COSTS TO BECKER LLC, AS SPECIAL COUNSEL TO ERIC R. PERKINS, CHAPTER 7 TRUSTEE**

The relief set forth on the following pages, numbered two (2), is hereby

**ORDERED**.

**DATED: August 31, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Certificate of Notice    Page 2 of 4

Page 2 of 2

**Debtor:** J. Scrofani Construction Corp.

**Case No.:** 17-19984 (RG)

**Caption:** *Order Allowing Second and Final Fees and Reimbursement of Costs to Becker LLC, as Special Counsel to Eric R. Perkins, Chapter 7 Trustee*

And now, the Court finds that the Applicant named below filed an application for allowances; notice and opportunity for hearing were given to creditors and other parties-in-interest as required; and for good cause shown; it is hereby

**ORDERED** that final compensation and reimbursement of expenses are ALLOWED as follows:

| Applicant | Attorneys' Fees | Expenses |
|---|---|---|
| Becker LLC, as Special Counsel for Eric R. Perkins, as Chapter 7 Trustee for the Debtor | $2,707.50 | $4.55 |

United States Bankruptcy Court
District of New Jersey

In re:  
J. Scrofani Construction Corp.  
    Debtor

Case No. 17-19984-RG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2    Date Rcvd: Sep 01, 2020
                              Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2020.
db             +J. Scrofani Construction Corp.,   20 West Sunset Road,   Pompton Plains, NJ 07444-1105

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2020 at the address(es) listed below:
      Allen J. Underwood, II    on behalf of Plaintiff Eric R. Perkins ajunderwood@beckermeisel.com,
       ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
      Allen J. Underwood, II    on behalf of Trustee Eric R. Perkins ajunderwood@beckermeisel.com,
       ajunderwood@ecf.courtdrive.com;mambrose@becker.legal
      Catherine E. Youngman    on behalf of Plaintiff Eric  Perkins cyoungman@foxrothschild.com,
       NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com
      Charles  Virginia    on behalf of Creditor   New Jersey B.A.C. Health Fund cvirginia@vandallp.com,
       mtenenbaum@vandallp.com
      Christopher  Leddy    on behalf of Spec. Counsel   Becker LLC cleddy@becker.legal,
       mambrose@becker.legal;lrodriguez@becker.legal
      Deirdre E. Burke    on behalf of Defendant   Mercedes-Benz Financial Services USA, LLC
       dburke@mccarter.com
      Deirdre E. Burke    on behalf of Creditor   Mercedes-Benz Financial Services USA LLC
       dburke@mccarter.com
      Eric R. Perkins     eperkins@mdmc-law.com,
       nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal
      Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
       nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal
      J. Alex Kress    on behalf of Plaintiff Eric R. Perkins Alex.Kress@wilsonelser.com,
       mambrose@becker.legal;jalexkress@gmail.com
      J. Alex Kress    on behalf of Spec. Counsel   Becker LLC Alex.Kress@wilsonelser.com,
       mambrose@becker.legal;jalexkress@gmail.com
      Jeffrey Thomas Testa    on behalf of Creditor   Mercedes-Benz Financial Services USA LLC
       jtesta@mccarter.com,  lrestivo@mccarter.com
      Jeffrey Thomas Testa    on behalf of Defendant   Mercedes-Benz Financial Services USA, LLC
       jtesta@mccarter.com,  lrestivo@mccarter.com
      Jeffrey Thomas Testa    on behalf of 3rd Party Plaintiff   Mercedes-Benz Financial Services USA,
       LLC jtesta@mccarter.com,  lrestivo@mccarter.com
      Jeffrey Thomas Testa    on behalf of Cross-Claimant   Mercedes-Benz Financial Services USA, LLC
       jtesta@mccarter.com,  lrestivo@mccarter.com
      Joseph A. Caneco    on behalf of Plaintiff Eric  Perkins jcaneco@foxrothschild.com
      Joseph A. Caneco    on behalf of Trustee Eric R. Perkins jcaneco@foxrothschild.com
      Joseph M. Aronds    on behalf of Unknown Role Type   Hartz Mountain Industries, Inc.
       joseph.aronds@hrplaw.com
      Kathleen M Aiello    on behalf of Trustee Eric R. Perkins kaiello@foxrothschild.com,
       dfiore@foxrothschild.com
      Mark E. Hall    on behalf of Trustee Eric R. Perkins mhall@foxrothschild.com,
       cbrown@foxrothschild.com
      Mark E. Hall    on behalf of Plaintiff Eric  Perkins mhall@foxrothschild.com,
       cbrown@foxrothschild.com

```
District/off: 0312-2           User: admin                 Page 2 of 2                  Date Rcvd: Sep 01, 2020
                               Form ID: pdf903             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Martin  Cabalar    on behalf of Creditor    Grandview II at Riverwalk Port Imperial Condominium Association, Inc. mcabalar@bplegal.com, shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com
        Martin  Fojas    on behalf of Creditor    New Jersey B.A.C. Health Fund fojasm@gtlaw.com
        Michael R. Herz    on behalf of Trustee Eric R. Perkins mherz@foxrothschild.com, cbrown@foxrothschild.com
        Michael R. Herz    on behalf of Defendant    Mercedes-Benz Financial Services USA, LLC mherz@foxrothschild.com, cbrown@foxrothschild.com
        Michael R. Herz    on behalf of Plaintiff Eric  Perkins mherz@foxrothschild.com, cbrown@foxrothschild.com
        Ralph A Ferro, Jr    on behalf of Debtor    J. Scrofani Construction Corp. ralphferrojr@msn.com
        Risa Michele Chalfin    on behalf of Unknown Role Type    K. Hovnanian at Port Imperial Urban Renewal III LLC; K. Hovnanian/Shore Acquisitions, LLC; K. Hovnanian Construction Management, Inc.; K. Hovnanian Companies, LLC; K. Hovnanian Companies Northeast, In rchalfin@wilentz.com
        Robert A. Rich    on behalf of Defendant    Capital One Bank rrich2@hunton.com
        Robert D. Towey    on behalf of Trustee Eric R. Perkins rtowey@becker.legal
        Scott J. Freedman    on behalf of Creditor    PNC Bank, National Association sfreedman@dilworthlaw.com
        Seth  Ptasiewicz    on behalf of Creditor    New Jersey Building Laborers Statewide Benefit Funds sptasiewicz@krollfirm.com
        Tyler  Kandel    on behalf of Defendant    JPMorgan Chase Bank, N.A. tkandel@sillscummis.com, mco@sillscummis.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Vipin  Varghese    on behalf of Creditor    Trustees of the International Union of Operating Engineers Local 825 Employee Benefit Funds vvarghese@decotiislaw.com, plaureano@decotiislaw.com;dcaceres@decotiislaw.com;mdiaz@decotiislaw.com

        TOTAL: 35