Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−19984−RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    J. Scrofani Construction Corp.
    aka JVS Construction, LLC
    20 West Sunset Road
    Pompton Plains, NJ 07444

Social Security No.:

Employer's Tax I.D. No.:
    20−2840154

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on October 16, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 210 − 207
Order Granting Application For Compensation for Fox Rothschild, LLP, fees awarded: $48,599.50, expenses awarded: $537.64 (Related Doc # 207). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/16/2020. (car)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 16, 2020
JAN: car

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 17-19984-RG

J. Scrofani Construction Corp.                                                           Chapter 7

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: orderntc | Total Noticed: 12 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | J. Scrofani Construction Corp., 20 West Sunset Road, Pompton Plains, NJ 07444-1105 |
| sp | + | Becker LLC, Eisenhower Plaza II, 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039-1023 |
| acc | + | Bederson LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| none | + | Hartz Mountain Industries, Inc., Lawrence Garb, VP, 400 Plaza Drive, PO Box 35251, Secaucus, NJ 07094-3688 |
| none | + | K. Hovnanian at Port Imperial Urban Renewal III LL, c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Box 10, Attn: Daniel A. Cozzi, Esq. Woodbridge, NJ 07095-1155 |
| cr | + | Martin C. Cabalar Grandview II at Riverwalk Port I, 1776 on the Green, 67 Park Place East, Suite 702, Morristown, nj 07960-7103 |
| cr | + | Mercedes-Benz Financial Services USA LLC, McCarter & English LLP, Attn: J. Testa, Esq., Four Gateway Center, 100 Mulberry Street Newark, NJ 07102-4056 |
| cr | + | New Jersey B.A.C. Health Fund, c/o Virginia & Ambinder, LLP, 40 Broad St., 7th Floor, New York, NY 10004-2776 |
| cr | + | Trustees of the International Union of Operating E, 65 Springfield Avenue, 2nd Fl., Springfield, NJ 07081-1308 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | Email/Text: mhall@foxrothschild.com | | | |
| | | | Oct 16 2020 21:57:00 | Fox Rothschild, LLP, 49 Market Street, Morristown, NJ 07960 |
| app | + Email/Text: atkinsappraisal@aol.com | | | |
| | | | Oct 16 2020 21:58:00 | A. Atkins Appraisal Corp., 122 Clinton Road, Fairfiled, NJ 07004-2900 |
| none | + Email/Text: jbrenner@maragell.com | | | |
| | | | Oct 16 2020 22:00:00 | Maragell LLC, 2 Coleman Avenue, Suite 201, Cherry Hill, NJ 08034-3595 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Becker LLC, Eisenhower Plaza II, 354 Eisenhower Parkway, Ste. 1500, Livingston, NJ 07039-1023 |
| aty | *P++ | FOX ROTHSCHILD LLP, 49 MARKET STREET, MORRISTOWN NJ 07960-5122, address filed with court:, Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960 |
| auc | ##+ | A.J. Willner Auctions, PO Box 1012, Springfield, NJ 07081-5012 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0312-2 | User: admin | Page 2 of 3
Date Rcvd: Oct 16, 2020 | Form ID: orderntc | Total Noticed: 12

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020         Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Allen J. Underwood, II | on behalf of Trustee Eric R. Perkins ajunderwood@beckermeisel.com ajunderwood@ecf.courtdrive.com;mambrose@becker.legal |
| Allen J. Underwood, II | on behalf of Plaintiff Eric R. Perkins ajunderwood@beckermeisel.com ajunderwood@ecf.courtdrive.com;mambrose@becker.legal |
| Catherine E. Youngman | on behalf of Plaintiff Eric Perkins cyoungman@foxrothschild.com NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com |
| Charles Virginia | on behalf of Creditor New Jersey B.A.C. Health Fund cvirginia@vandallp.com  mtenenbaum@vandallp.com |
| Christopher Leddy | on behalf of Spec. Counsel Becker LLC cleddy@becker.legal  mambrose@becker.legal;lrodriguez@becker.legal |
| Deirdre E. Burke | on behalf of Defendant Mercedes-Benz Financial Services USA  LLC dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Creditor Mercedes-Benz Financial Services USA LLC dburke@mccarter.com |
| Eric R. Perkins | eperkins@mdmc-law.com  nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal |
| Eric Raymond Perkins | on behalf of Trustee Eric R. Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal |
| J. Alex Kress | on behalf of Spec. Counsel Becker LLC Alex.Kress@wilsonelser.com  mambrose@becker.legal |
| J. Alex Kress | on behalf of Plaintiff Eric R. Perkins Alex.Kress@wilsonelser.com  mambrose@becker.legal |
| Jeffrey Thomas Testa | on behalf of Defendant Mercedes-Benz Financial Services USA  LLC jtesta@mccarter.com, lrestivo@mccarter.com |
| Jeffrey Thomas Testa | on behalf of 3rd Party Plaintiff Mercedes-Benz Financial Services USA  LLC jtesta@mccarter.com, lrestivo@mccarter.com |
| Jeffrey Thomas Testa | on behalf of Cross-Claimant Mercedes-Benz Financial Services USA  LLC jtesta@mccarter.com, lrestivo@mccarter.com |
| Jeffrey Thomas Testa | on behalf of Creditor Mercedes-Benz Financial Services USA LLC jtesta@mccarter.com  lrestivo@mccarter.com |
| Joseph A. Caneco | on behalf of Plaintiff Eric Perkins jcaneco@foxrothschild.com |
| Joseph A. Caneco | on behalf of Trustee Eric R. Perkins jcaneco@foxrothschild.com |
| Joseph M. Aronds | on behalf of Unknown Role Type Hartz Mountain Industries  Inc. joseph.aronds@hrplaw.com |
| Kathleen M Aiello | on behalf of Trustee Eric R. Perkins KAiello@Klestadt.com  dfiore@foxrothschild.com |

District/off: 0312-2                                    User: admin                                    Page 3 of 3
Date Rcvd: Oct 16, 2020                        Form ID: orderntc                              Total Noticed: 12

Mark E. Hall
                on behalf of Attorney Fox Rothschild  LLP mhall@foxrothschild.com, cbrown@foxrothschild.com

Mark E. Hall
                on behalf of Trustee Eric R. Perkins mhall@foxrothschild.com  cbrown@foxrothschild.com

Mark E. Hall
                on behalf of Plaintiff Eric Perkins mhall@foxrothschild.com  cbrown@foxrothschild.com

Martin Cabalar
                on behalf of Creditor Grandview II at Riverwalk Port Imperial Condominium Association  Inc. mcabalar@bplegal.com,
                shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com

Martin Fojas
                on behalf of Creditor New Jersey B.A.C. Health Fund fojasm@gtlaw.com

Michael R. Herz
                on behalf of Trustee Eric R. Perkins mherz@foxrothschild.com  cbrown@foxrothschild.com

Michael R. Herz
                on behalf of Defendant Mercedes-Benz Financial Services USA  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Michael R. Herz
                on behalf of Plaintiff Eric Perkins mherz@foxrothschild.com  cbrown@foxrothschild.com

Ralph A Ferro, Jr
                on behalf of Debtor J. Scrofani Construction Corp. ralphferrojr@msn.com

Risa Michele Chalfin
                on behalf of Unknown Role Type K. Hovnanian at Port Imperial Urban Renewal III LLC; K. Hovnanian/Shore Acquisitions
                LLC; K. Hovnanian Construction Management, Inc.; K. Hovnanian Companies, LLC; K. Hovnanian Companies Northeast, In
                rchalfin@wilentz.com

Robert A. Rich
                on behalf of Defendant Capital One Bank rrich2@hunton.com

Robert D. Towey
                on behalf of Trustee Eric R. Perkins rtowey@becker.legal

Scott J. Freedman
                on behalf of Creditor PNC Bank  National Association sfreedman@dilworthlaw.com

Seth Ptasiewicz
                on behalf of Creditor New Jersey Building Laborers Statewide Benefit Funds sptasiewicz@krollfirm.com

Tyler Kandel
                on behalf of Defendant JPMorgan Chase Bank  N.A. tkandel@sillscummis.com, mco@sillscummis.com

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

Vipin Varghese
                on behalf of Creditor Trustees of the International Union of Operating Engineers Local 825 Employee Benefit Funds
                vvarghese@decotiislaw.com  plaureano@decotiislaw.com;dcaceres@decotiislaw.com;mdiaz@decotiislaw.com


TOTAL: 36