| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **FOX ROTHSCHILD LLP**<br>FOX ROTHSCHILD LLP<br>49 Market Street<br>Morristown, NJ  07960<br>Telephone:  973-992-4800<br>Fax:  973-992-9125<br>Fox Rothschild, LLP<br>Attorneys for Eric Perkins, Chapter 7 Trustee<br>Michael R. Herz, Esq.<br>mherz@foxrothschild.com<br>Mark E. Hall, Esq.<br>mhall@foxrothschild.com | |
| In Re:<br><br>J. SCROFANI CONSTRUCTION CORP.<br><br>                    Debtor. | Chapter 7<br><br>Case No. 17-19984 (RG)<br><br>Judge:  Hon. Rosemary Gambardella<br><br> Hg. Date:  10/13/20 |

Order Filed on October 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| Recommended Local Form: | ☒ Followed   ☐ Modified |
|---|---|

# ORDER AUTHORIZING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FOX ROTHSCHILD, LLP AS COUNSEL TO ERIC PERKINS, <u>THE CHAPTER 7 TRUSTEE</u>

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 16, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

112053195.v1

(Page 2)
DEBTOR:   J. SCROFANI CONSTRUCTION CORP.
CASE NO.  17-19984 (RG)
ORDER AUTHORIZING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FOX ROTHSCHILD, LLP AS COUNSEL TO ERIC PERKINS, THE CHAPTER 7 TRUSTEE

_____

This matter having been opened to the Court upon the second and final application of Fox Rothschild LLP, the attorneys for Eric Perkins, Esq., Chapter 7 Trustee, and upon adequate notice to all parties in interest, and the Court having considered all papers submitted, and for good cause shown; IT IS HEREBY

ORDERED that final compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |
| Fox Rothschild, LLP | $48,599.50 | $537.64 |

United States Bankruptcy Court

District of New Jersey

In re:  
J. Scrofani Construction Corp.  
    Debtor(s)

Case No. 17-19984-RG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 16, 2020      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + J. Scrofani Construction Corp., 20 West Sunset Road, Pompton Plains, NJ 07444-1105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen J. Underwood, II | on behalf of Trustee Eric R. Perkins ajunderwood@beckermeisel.com ajunderwood@ecf.courtdrive.com;mambrose@becker.legal |
| Allen J. Underwood, II | on behalf of Plaintiff Eric R. Perkins ajunderwood@beckermeisel.com ajunderwood@ecf.courtdrive.com;mambrose@becker.legal |
| Catherine E. Youngman | on behalf of Plaintiff Eric Perkins cyoungman@foxrothschild.com NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com |
| Charles Virginia | on behalf of Creditor New Jersey B.A.C. Health Fund cvirginia@vandallp.com mtenenbaum@vandallp.com |
| Christopher Leddy | on behalf of Spec. Counsel Becker LLC cleddy@becker.legal mambrose@becker.legal;lrodriguez@becker.legal |

Case 17-19984-RG    Doc 212    Filed 10/18/20    Entered 10/19/20 01:02:35    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Deirdre E. Burke
    on behalf of Defendant Mercedes-Benz Financial Services USA  LLC dburke@mccarter.com

Deirdre E. Burke
    on behalf of Creditor Mercedes-Benz Financial Services USA LLC dburke@mccarter.com

Eric R. Perkins
    eperkins@mdmc-law.com  nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal

Eric Raymond Perkins
    on behalf of Trustee Eric R. Perkins eperkins@becker.legal
    nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal

J. Alex Kress
    on behalf of Plaintiff Eric R. Perkins Alex.Kress@wilsonelser.com  mambrose@becker.legal

J. Alex Kress
    on behalf of Spec. Counsel Becker LLC Alex.Kress@wilsonelser.com  mambrose@becker.legal

Jeffrey Thomas Testa
    on behalf of Creditor Mercedes-Benz Financial Services USA LLC jtesta@mccarter.com  lrestivo@mccarter.com

Jeffrey Thomas Testa
    on behalf of Defendant Mercedes-Benz Financial Services USA  LLC jtesta@mccarter.com, lrestivo@mccarter.com

Jeffrey Thomas Testa
    on behalf of 3rd Party Plaintiff Mercedes-Benz Financial Services USA  LLC jtesta@mccarter.com, lrestivo@mccarter.com

Jeffrey Thomas Testa
    on behalf of Cross-Claimant Mercedes-Benz Financial Services USA  LLC jtesta@mccarter.com, lrestivo@mccarter.com

Joseph A. Caneco
    on behalf of Plaintiff Eric Perkins jcaneco@foxrothschild.com

Joseph A. Caneco
    on behalf of Trustee Eric R. Perkins jcaneco@foxrothschild.com

Joseph M. Aronds
    on behalf of Unknown Role Type Hartz Mountain Industries  Inc. joseph.aronds@hrplaw.com

Kathleen M Aiello
    on behalf of Trustee Eric R. Perkins KAiello@Klestadt.com  dfiore@foxrothschild.com

Mark E. Hall
    on behalf of Trustee Eric R. Perkins mhall@foxrothschild.com  cbrown@foxrothschild.com

Mark E. Hall
    on behalf of Plaintiff Eric Perkins mhall@foxrothschild.com  cbrown@foxrothschild.com

Mark E. Hall
    on behalf of Attorney Fox Rothschild  LLP mhall@foxrothschild.com, cbrown@foxrothschild.com

Martin Cabalar
    on behalf of Creditor Grandview II at Riverwalk Port Imperial Condominium Association  Inc. mcabalar@bplegal.com,
    shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com

Martin Fojas
    on behalf of Creditor New Jersey B.A.C. Health Fund fojasm@gtlaw.com

Michael R. Herz
    on behalf of Trustee Eric R. Perkins mherz@foxrothschild.com  cbrown@foxrothschild.com

Michael R. Herz
    on behalf of Defendant Mercedes-Benz Financial Services USA  LLC mherz@foxrothschild.com, cbrown@foxrothschild.com

Michael R. Herz
    on behalf of Plaintiff Eric Perkins mherz@foxrothschild.com  cbrown@foxrothschild.com

Ralph A Ferro, Jr
    on behalf of Debtor J. Scrofani Construction Corp. ralphferrojr@msn.com

Risa Michele Chalfin
    on behalf of Unknown Role Type K. Hovnanian at Port Imperial Urban Renewal III LLC; K. Hovnanian/Shore Acquisitions
    LLC; K. Hovnanian Construction Management, Inc.; K. Hovnanian Companies, LLC; K. Hovnanian Companies Northeast, In
    rchalfin@wilentz.com

Robert A. Rich
    on behalf of Defendant Capital One Bank rrich2@hunton.com

Robert D. Towey
    on behalf of Trustee Eric R. Perkins rtowey@becker.legal

Scott J. Freedman

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 16, 2020 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor PNC Bank  National Association sfreedman@dilworthlaw.com

Seth Ptasiewicz

on behalf of Creditor New Jersey Building Laborers Statewide Benefit Funds sptasiewicz@krollfirm.com

Tyler Kandel

on behalf of Defendant JPMorgan Chase Bank  N.A. tkandel@sillscummis.com, mco@sillscummis.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Vipin Varghese

on behalf of Creditor Trustees of the International Union of Operating Engineers Local 825 Employee Benefit Funds vvarghese@decotiislaw.com  plaureano@decotiislaw.com;dcaceres@decotiislaw.com;mdiaz@decotiislaw.com

TOTAL: 36