Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−19984−RG
Chapter:  7
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   J. Scrofani Construction Corp.
   aka JVS Construction, LLC
   20 West Sunset Road
   Pompton Plains, NJ 07444

Social Security No.:

Employer's Tax I.D. No.:
   20−2840154

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Rosemary Gambardella on:

Date:      11/24/20
Time:      10:00 AM
Location:   Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Bederson LLP, Accountant

COMMISSION OR FEES
$72,622.00

EXPENSES
$425.60

If this is a chapter 13 case, the fees and expenses awarded:

   ☐   will not reduce the amount to be paid to general unsecured
        creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 26, 2020
JAN:

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-19984-RG |
| J. Scrofani Construction Corp. | Chapter 7 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Oct 26, 2020 | Form ID: 137 | Total Noticed: 68 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | J. Scrofani Construction Corp., 20 West Sunset Road, Pompton Plains, NJ 07444-1105 |
| sp | + | Becker LLC, Eisenhower Plaza II, 354 Eisenhower Parkway, Suite 1500, Livingston, NJ 07039-1023 |
| acc | + | Bederson LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| none | + | Hartz Mountain Industries, Inc., Lawrence Garb, VP, 400 Plaza Drive, PO Box 35251, Secaucus, NJ 07094-3688 |
| none | + | K. Hovnanian at Port Imperial Urban Renewal III LL, c/o Wilentz, Goldman & Spitzer, P.A., 90 Woodbridge Center Drive, Suite 900, Box 10, Attn: Daniel A. Cozzi, Esq. Woodbridge, NJ 07095-1155 |
| cr | + | Martin C. Cabalar Grandview II at Riverwalk Port I, 1776 on the Green, 67 Park Place East, Suite 702, Morristown, nj 07960-7103 |
| cr | + | Mercedes-Benz Financial Services USA LLC, McCarter & English LLP, Attn: J. Testa, Esq., Four Gateway Center, 100 Mulberry Street Newark, NJ 07102-4056 |
| cr | + | New Jersey B.A.C. Health Fund, c/o Virginia & Ambinder, LLP, 40 Broad St., 7th Floor, New York, NY 10004-2776 |
| cr | + | Trustees of the International Union of Operating E, 65 Springfield Avenue, 2nd Fl., Springfield, NJ 07081-1308 |
| 516826861 | + | 38 Delaware, LLC, 179 Main Avenue, Passaic, NJ 07055-5401 |
| 516826864 | + | AGL Welding Supply, 600 Route 46 West, P.O. Box 1707, Clifton, NJ 07015-1707 |
| 516826868 | + | APS Supply Co., 711 Cooper Street, Beverly, NJ 08010-1796 |
| 516826862 | + | Able Equipment, 83 Gross Avenue, Edison, NJ 08837-3240 |
| 516826863 | + | Advanced Scaffold Services LLC, 620 Oakwood Avenue, Rear, West Hartford, CT 06110-1520 |
| 516955274 | + | Advanced Scaffold Services LLC, Lawrence B. Diener, 25 Main St. Suite 200, Hackensack, NJ 07601-7085 |
| 516826865 | + | Allstate, 2775 Sanders Road, E1W, Northbrook, IL 60062-6127 |
| 516826866 | | American Express, P.O. Box 1270, Newark, NJ 07101-1270 |
| 516948752 | | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516826867 | + | Ansell Grimm & Aaron, 214 Carnegie Center, Suite 112, Princeton, NJ 08540-6237 |
| 518345562 | + | Bank of America, N.A., P.O. Box 982284, El Paso, TX 79998-2284 |
| 516826869 | + | Becker & Poliakoff, 67 Park Place, Ste 702, Morristown, NJ 07960-7103 |
| 516826870 | + | Bergen Concrete Cutting, 128 Berger Steet, Wood Ridge, NJ 07075-1841 |
| 516826872 | + | Cavalieri Fuel Services, 15 E. Railway Avenue, 2nd Floor, Paterson, NJ 07503-2513 |
| 516826874 | #+ | Chiumento McNally, LLC, 227 Laurel Road, Ste 100, Voorhees, NJ 08043-8303 |
| 516826875 | + | CitiCapital Commercial Loan Corp., 3950 Regent Blvd, 2nd Floor, Irving, TX 75063-2244 |
| 516826877 | + | ExTech, 61-89 Avenue K, Newark, NJ 07105-6811 |
| 516826878 | | FedEx, P.O. Box 371461, Pittsburgh, PA 15250-7461 |
| 516826879 | | First Insurance Funding, 450 Skokie Blvd, Suite 1000, Northbrook, IL 60062-7917 |
| 516826880 | + | Grandview II at River Walk Condo Assoc, 20 Avenue at Port Imperial, West New York, NJ 07093-8417 |
| 516826882 | + | Iron Mason Estimating, 721 Indian Trial Blvd, Suite 19, Traverse City, MI 49686-3560 |
| 516910701 | + | Iron Mason Estimating, PO Box 2009, Riverside CO 92516-2009 |
| 516826883 | + | J M Ahle Company Inc., 190 William Street, Suite 2D, South River, NJ 08882-1100 |
| 516826885 | + | Kroll Heineman Carton LLC/NJBLS, Metro Corporate Campus I, 99 Wood Avenue South, Suite 307, Iselin, NJ 08830-2715 |
| 516826886 | + | Leary Bride Tinker Morgan, 7 Ridgedale Avenue, Cedar Knolls, NJ 07927-1120 |
| 516826887 | + | McElroy Deutsch Mulvanney, Box 2075, Morristown, NJ 07962-2075 |
| 516826889 | | NMHG Financial Services, P.O. Box 652385, Pittsburgh, PA 15264-2385 |
| 516826888 | + | National Association of Credit Managemen, 8000 Miller Court E, Norcross, GA 30071-1456 |
| 516826890 | | OldCastle Architectural, P. O. Box 281479, Atlanta, GA 30384-1479 |
| 516826891 | + | Operating Enginerrs Local 825, 65 Springfield Avenue, Springfield, NJ 07081-1308 |

Case 17-19984-RG    Doc 215    Filed 10/28/20    Entered 10/29/20 00:39:38    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2020 | Form ID: 137 | Total Noticed: 68 |

| | | |
|---|---|---|
| 516826894 | + | PNC Bank, 222 Delaware Avenue, Wilmington, DE 19801-1637 |
| 517030362 | + | PNC Bank, National Association, c/o Dilworth Paxson LLP, 457 Haddonfield Road, Suite 700, Cherry Hill, New Jersey 08002-2201, Attn: Scott J. Freedman |
| 516826896 | + | PSEG, P.O. Box 1444, New Brunswick, NJ 08903-1444 |
| 516826893 | + | Plescia Roofing Inc., 447 New Milford Avenue, Oradell, NJ 07649-2224 |
| 516826895 | + | Power Fast Inc., 63 Dell Glen Avenue, Lodi, NJ 07644-1707 |
| 516826897 | + | Queens Brick & Stone, 1076 Smith Manor Boulevard, West Orange, NJ 07052-4227 |
| 516826899 | + | Rentals Unlimited Inc., 191 Route 23, Pompton Plains, NJ 07444-2099 |
| 516826900 | + | Reuther Material Company, 5303 Tonnelle Avenue, North Bergen, NJ 07047-3090 |
| 516826901 | + | Russell Cast Stone, 400 Cooper Road, West Berlin, NJ 08091-3843 |
| 516826904 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of NJ Div of Taxation, Box 245, Trenton, NJ 08695 |
| 516826902 | + | Schenk Price Smith King, 220 Park Avenue, Florham Park, NJ 07932-1047 |
| 516826903 | + | Sinnreich Kosakoff, 267 Carleton Avenue, #301, Central Islip, NY 11722-4544 |
| 516895263 | + | Trustees of New Jersey B.A.C. Health Fund, et al., c/o Virginia & Ambinder, LLP, 40 Broad St., 7th Floor, New York, NY 10004-2776 |
| 517076016 | + | Trustees of the IUOE Local 825 Benefit Funds, 65 Springfield Avenue, Springfield, NJ 07081-1308 |
| 516996070 | + | Vergena Crane, 180 West Forest Ave, Englewood, NJ 07631-4526 |
| 516826906 | + | Virginia and Ambinder LLP/BAC Local 4 Pe, 40 Broad Street, 7th Floor, New York, NY 10004-2776 |
| 516826907 | + | Wilentz Goldman & Spitzer, Box 10, Woodbridge, NJ 07095-0958 |

TOTAL: 56

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mhall@foxrothschild.com | Oct 26 2020 20:51:00 | Fox Rothschild, LLP, 49 Market Street, Morristown, NJ 07960 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 26 2020 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 26 2020 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| app | + Email/Text: atkinsappraisal@aol.com | Oct 26 2020 20:51:00 | A. Atkins Appraisal Corp,, 122 Clinton Road, Fairfiled, NJ 07004-2900 |
| none | + Email/Text: jbrenner@maragell.com | Oct 26 2020 20:52:00 | Maragell LLC, 2 Coleman Avenue, Suite 201, Cherry Hill, NJ 08034-3595 |
| 516826871 | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 26 2020 22:51:45 | Capital One, P.O. Box 71083, Charlotte, NC 28272-1083 |
| 516826881 | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2020 20:51:00 | Internal Revenue Service, Box 7346, Philadelphia, PA 19101-7346 |
| 516826873 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 26 2020 22:48:50 | Chase Ink, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 516894820 | + Email/Text: kkemple@njblsfunds.org | Oct 26 2020 20:50:00 | New Jersey Building Laborers' Statewide Benefit Fu, c/o Kroll Heineman Carton LLC, 99 Wood Avenue South, Suite 307, Iselin, New Jersey 08830-2715 |
| 516826892 | Email/Text: bcwrtoff@cablevision.com | Oct 26 2020 20:53:00 | Optimum, P.O. Box 371378, Pittsburgh, PA 15250-7378 |
| 516826898 | + Email/Text: greg.gresham@quikrete.com | Oct 26 2020 20:51:00 | Quikrete, 150 Gold Mine Road, Flanders, NJ 07836-9171 |
| 516947645 | + Email/Text: greg.gresham@quikrete.com | Oct 26 2020 20:51:00 | The Quikrete Companies, LLC, 6340 Sugarloaf Parkway, Suite 400, Duluth, GA 30097-4330 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2020 | Form ID: 137 | Total Noticed: 68 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Becker LLC, Eisenhower Plaza II, 354 Eisenhower Parkway, Ste. 1500, Livingston, NJ 07039-1023 |
| aty | *P++ | FOX ROTHSCHILD LLP, 49 MARKET STREET, MORRISTOWN NJ 07960-5122, address filed with court:, Fox Rothschild LLP, 49 Market Street, Morristown, NJ 07960 |
| 517018397 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| auc | ##+ | A.J. Willner Auctions, PO Box 1012, Springfield, NJ 07081-5012 |
| 516826876 | ##+ | Crispin R. Balagtas, 5 Winding Brook Road, Hamburg, NJ 07419-1026 |
| 516826884 | ##+ | John S. Scrofani, 20 West Sunset Road, Pompton Plains, NJ 07444-1105 |
| 516826905 | ##+ | Tobia & Sorger Esq. LLC, 500 Supor Blvd, Harrison, NJ 07029-2065 |

TOTAL: 0 Undeliverable, 3 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2020                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Allen J. Underwood, II | on behalf of Trustee Eric R. Perkins ajunderwood@beckermeisel.com ajunderwood@ecf.courtdrive.com;mambrose@becker.legal |
| Allen J. Underwood, II | on behalf of Plaintiff Eric R. Perkins ajunderwood@beckermeisel.com ajunderwood@ecf.courtdrive.com;mambrose@becker.legal |
| Catherine E. Youngman | on behalf of Plaintiff Eric Perkins cyoungman@foxrothschild.com NJ54@ecfcbis.com;cbrown@formanlaw.com;cyoungman@formanlaw.com |
| Charles Virginia | on behalf of Creditor New Jersey B.A.C. Health Fund cvirginia@vandallp.com  mtenenbaum@vandallp.com |
| Christopher Leddy | on behalf of Spec. Counsel Becker LLC cleddy@becker.legal  mambrose@becker.legal;lrodriguez@becker.legal |
| Deirdre E. Burke | on behalf of Defendant Mercedes-Benz Financial Services USA  LLC dburke@mccarter.com |
| Deirdre E. Burke | on behalf of Creditor Mercedes-Benz Financial Services USA LLC dburke@mccarter.com |
| Eric R. Perkins | eperkins@mdmc-law.com nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal |
| Eric Raymond Perkins | on behalf of Trustee Eric R. Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal |
| J. Alex Kress | on behalf of Spec. Counsel Becker LLC Alex.Kress@wilsonelser.com  mambrose@becker.legal |
| J. Alex Kress | on behalf of Plaintiff Eric R. Perkins Alex.Kress@wilsonelser.com  mambrose@becker.legal |

Case 17-19984-RG    Doc 215    Filed 10/28/20    Entered 10/29/20 00:39:38    Desc Imaged
Certificate of Notice    Page 6 of 6

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 26, 2020 | Form ID: 137 | Total Noticed: 68 |

| Name | Details |
|---|---|
| Jeffrey Thomas Testa | on behalf of Defendant Mercedes-Benz Financial Services USA LLC jtesta@mccarter.com, lrestivo@mccarter.com |
| Jeffrey Thomas Testa | on behalf of 3rd Party Plaintiff Mercedes-Benz Financial Services USA LLC jtesta@mccarter.com, lrestivo@mccarter.com |
| Jeffrey Thomas Testa | on behalf of Cross-Claimant Mercedes-Benz Financial Services USA LLC jtesta@mccarter.com, lrestivo@mccarter.com |
| Jeffrey Thomas Testa | on behalf of Creditor Mercedes-Benz Financial Services USA LLC jtesta@mccarter.com lrestivo@mccarter.com |
| Joseph A. Caneco | on behalf of Plaintiff Eric Perkins jcaneco@foxrothschild.com |
| Joseph A. Caneco | on behalf of Trustee Eric R. Perkins jcaneco@foxrothschild.com |
| Joseph M. Aronds | on behalf of Unknown Role Type Hartz Mountain Industries Inc. joseph.aronds@hrplaw.com |
| Kathleen M Aiello | on behalf of Trustee Eric R. Perkins KAiello@Klestadt.com dfiore@foxrothschild.com |
| Mark E. Hall | on behalf of Plaintiff Eric Perkins mhall@foxrothschild.com cbrown@foxrothschild.com |
| Mark E. Hall | on behalf of Attorney Fox Rothschild LLP mhall@foxrothschild.com, cbrown@foxrothschild.com |
| Mark E. Hall | on behalf of Trustee Eric R. Perkins mhall@foxrothschild.com cbrown@foxrothschild.com |
| Martin Cabalar | on behalf of Creditor Grandview II at Riverwalk Port Imperial Condominium Association Inc. mcabalar@bplegal.com, shanzouti@bplegal.com;vmogavero@bplegal.com;sklein@bplegal.com |
| Martin Fojas | on behalf of Creditor New Jersey B.A.C. Health Fund fojasm@gtlaw.com |
| Michael R. Herz | on behalf of Plaintiff Eric Perkins mherz@foxrothschild.com cbrown@foxrothschild.com |
| Michael R. Herz | on behalf of Trustee Eric R. Perkins mherz@foxrothschild.com cbrown@foxrothschild.com |
| Michael R. Herz | on behalf of Defendant Mercedes-Benz Financial Services USA LLC mherz@foxrothschild.com, cbrown@foxrothschild.com |
| Ralph A Ferro, Jr | on behalf of Debtor J. Scrofani Construction Corp. ralphferrojr@msn.com |
| Risa Michele Chalfin | on behalf of Unknown Role Type K. Hovnanian at Port Imperial Urban Renewal III LLC; K. Hovnanian/Shore Acquisitions LLC; K. Hovnanian Construction Management, Inc.; K. Hovnanian Companies, LLC; K. Hovnanian Companies Northeast, In rchalfin@wilentz.com |
| Robert A. Rich | on behalf of Defendant Capital One Bank rrich2@hunton.com |
| Robert D. Towey | on behalf of Trustee Eric R. Perkins rtowey@becker.legal |
| Scott J. Freedman | on behalf of Creditor PNC Bank National Association sfreedman@dilworthlaw.com |
| Seth Ptasiewicz | on behalf of Creditor New Jersey Building Laborers Statewide Benefit Funds sptasiewicz@krollfirm.com |
| Tyler Kandel | on behalf of Defendant JPMorgan Chase Bank N.A. tkandel@sillscummis.com, mco@sillscummis.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Vipin Varghese | on behalf of Creditor Trustees of the International Union of Operating Engineers Local 825 Employee Benefit Funds vvarghese@decotiislaw.com plaureano@decotiislaw.com;dcaceres@decotiislaw.com;mdiaz@decotiislaw.com |

TOTAL: 36